BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION | MDL NO. |

**PLAINTIFF FOOS, ET AL.'S MOTION TO TRANSFER RELATED ACTIONS FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS**

Plaintiffs Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson, and Mackey and Sons Inc (collectively, "Movants") respectfully move, pursuant to 28 U.S.C. § 1407, for an order transferring and centralizing all currently filed related actions to the Hon. Matthew L. Garcia of the New Mexico (Albuquerque), or another judge in the district. The actions generally allege that eight of the nation's largest shale oil producers have conspired to coordinate, and ultimately constrain, domestic shale oil production, which has had the effect of fixing, raising, and maintaining the price of retail gasoline and other products in and throughout the United States in violation of federal and state antitrust laws. In support of their motion, Movants state:

1. To date, eleven class action complaints have been filed regarding the alleged coordination and constraint of domestic shale oil production in the United States. As set forth in the accompanying Schedule of Related Actions, nine actions–some of which are consolidated–are pending in Nevada District Court before the Chief Judge Miranda M. Du, and two actions are pending in the New Mexico District Court before the Hon. Matthew L. Garcia and Magistrate Judge Laura Fashing ("Related Actions").

2. Even though to date only two of the Related Actions are pending there, New Mexico alone possesses both a factual and geographical nexus to the case. Plaintiffs' claims focus on Defendants' shale oil production, much of which occurred in the Permian Basin, which New Mexico shares with Texas. In fact, 50% of the nation's shale oil is current produced in the Permian Basin.

1

Most of the Defendants operate shale oil wells in New Mexico. Given that evidence and documents relevant to the case, including Defendants' production and sales data, may be found in New Mexico, the District of New Mexico alone presents a convenient location for the parties and witnesses. Transfer to the District of New Mexico (Albuquerque) and the Hon. Matthew L. Garcia, would allow the Panel to assign the actions to a district with a distinct tie to the case that has the resources and experience to handle these proceedings.

3. Further, transfer and centralization of the Related Actions will further the goals of 28 U.S.C. § 1407 by conserving judicial and party resources, reducing costs, and preventing inconsistent pretrial rulings.

4. The Related Actions are all in a similar procedural posture: all are still in their early stages, no responsive pleadings or dispositive motions have been filed, and no discovery has been conducted. Centralization will therefore allow a single judge to efficiently resolve common legal and factual issues and streamline discovery.

5. This Motion is based on the accompanying Memorandum of Law and Schedule of Related Actions that have been filed concurrently with this motion.

WHEREFORE, Plaintiffs respectfully request that the Panel order that the Related Actions, as well as any case that may be subsequently filed asserting related or similar claims, be transferred to the Hon. Matthew L. Garcia, or another judge designated by the Panel, in the District of New Mexico for consolidated or coordinated pretrial proceedings.

Dated: May 8, 2024                                             Respectfully submitted,

*/s/ Warren T. Burns*
Warren T. Burns
Daniel H. Charest
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone.: (469) 904-4550
wburns@burnscharest.com
dcharest@burnscharest.com

Korey Nelson
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-7845
knelson@burnscharest.com

Rex A. Sharp
Isaac L. Diel
W. Greg Wright
Brandon C. Landt
Hammons P. Hepner
SHARP LAW LLP
4820 W. 75th Street
Prairie Village, KS 66208
Telephone: (913) 901-0505
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
blandt@midwest-law.com
hhepner@midwest-law.com

Steven N. Williams
Kai'Ree K. Howard
STEVEN WILLIAMS LAW, P.C.
201 Spear Street, Suite 1100
San Francisco, California 94105
Telephone: 415-697-1509
swilliams@stevenwilliamslaw.com
khoward@stevenwilliamslaw.com

Christopher A. Dodd
DODD LAW OFFICE, LLC
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
Tel: (505) 475-2932
chris@doddnm.com

*Attorneys for Plaintiffs Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson, and Mackey and Sons Inc.*