**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION | MDL NO. |

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the forgoing Motion for Transfer, Memorandum in Support, Schedule of Actions, and Amended Proof of Service were served by the CM/ECF system, email, or first class mail on May 9, 2024 to the following:

**Clerks of Court**

**Served via First Class Mail**

| | |
|---|---|
| Clerk of Court | Clerk of Court |
| United States District Court | United States District Court |
| District of Nevada (Las Vegas Division) | District of New Mexico |
| 333 Las Vegas Blvd. South | Pete V. Domenici US Court House |
| Las Vegas, Nevada 98101 | 333 Lomas Blvd NW, Suite 270 |
| | Albuquerque, New Mexico 87102 |

***Matthew E. Foos, et al. v. Permian Resources Corp., et al.*, Case No. 1:24-cv-00361-MLG-LF**

**Served via First Class Mail**
Plaintiffs' Counsel:

| | |
|---|---|
| Warren T. Burns | Steven N. Williams |
| Daniel H. Charest | Kai'Ree K. Howard |
| BURNS CHAREST LLP | STEVEN WILLIAMS LAW, P.C. |
| 900 Jackson Street, Suite 500 | 201 Spear Street, Suite 1100 |
| Dallas, TX 75202 | San Francisco, California 94105 |
| Telephone.: (469) 904-4550 | Telephone: 415-697-1509 |
| wburns@burnscharest.com | swilliams@stevenwilliamslaw.com |
| dcharest@burnscharest.com | khoward@stevenwilliamslaw.com |
| | |
| Korey Nelson | Christopher A. Dodd |
| BURNS CHAREST LLP | DODD LAW OFFICE, LLC |
| 365 Canal Street, Suite 1170 | 500 Marquette Avenue NW, Suite 1330 |
| New Orleans, Louisiana 70130 | Albuquerque, New Mexico 87102 |
| Telephone: (504) 799-7845 | Tel: (505) 475-2932 |

knelson@burnscharest.com                          chris@doddnm.com

Rex A. Sharp
Isaac L. Diel
W. Greg Wright
Brandon C. Landt
Hammons P. Hepner
SHARP LAW LLP
4820 W. 75th Street
Prairie Village, KS 66208
Telephone: (913) 901-0505
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
blandt@midwest-law.com
hhepner@midwest-law.com

*Counsel for All Plaintiffs*

Defendants' Counsel:

Devora W Allon                                    Earl E. DeBrine, Jr.
Kirkland & Ellis LLP                              Modrall, Sperling, Roehl, Harris & Sisk, PA
601 Lexington Avenue                              P.O. Box 2168
New York, NY 10022                                Albuquerque, NM 87103-2168
212-446-5967                                      505-848-1800
Fax: 212-446-4900                                 Fax: 505-848-1891
Email: devora.allon@kirkland.com                  Email: edebrine@modrall.com

Jeffrey J Zeiger
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312-862-3237
Fax: 312-862-2200
Email: jzeiger@kirkland.com

*Counsel for Defendant Occidental Petroleum
Corporation*

2

*Daniel Rosenbaum, et al. v. Permian Resources Corp., et al.*, Case No. 2:24-cv-00103-MMD-MDC

**Served via First Class Mail**
Plaintiffs' Counsel:

Aaron Joseph Marks
Cohen Milstein Sellers & Toll PLLC
225 Cadman Plaza East
Brooklyn, NY 11201
718-613-2414
Email: amarks@cohenmilstein.com

Artemus W. Ham , IV
Erica Entsminger
Robert T. Eglet
Eglet Adams Eglet Ham Henriod
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
702-450-5400
Email: aham@egletlaw.com
eentsminger@egletlaw.com
reglet@egletlaw.com

Benjamin Brown
Brent W. Johnson
Nina Jaffe-Geffner
Robert W. Cobbs
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
bjohnson@cohenmilstein.com
njaffegeffner@cohenmilstein.com
rcobbs@cohenmilstein.com

*Counsel for Plaintiff Andrew Caplen Installations LLC, Edward Alegretti*

Christopher Bateman
Michael Eisenkraf
Cohen Milstein Sellers & Toll PLLC
88 Pine Street
New York, NY 10005
212-838-7797
Email: cbateman@cohenmilstein.com

*Counsel for Plaintiff Edward Alegretti*

Arielle S. Wagner
Brian D. Clark
Rebecca A. Peterson
Stephen J. Teti
Lockridge Grindal Nauen PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
612-596-4055
Email: aswagner@locklaw.com
bdclark@locklaw.com
rapeterson@locklaw.com
sjteti@locklaw.com

Martin Muckleroy
6077 S Fort Apache Rd, Suite 140
Las Vegas, NV 89148
702-909-0097
Fax: 702-938-4065
Email: martin@muckleroylunt.com

*Counsel for Plaintiff These Paws Were Made for Walkin' LLC*

Daniel O. Herrera
Jennifer W. Sprengel
Kaitlin Naughton
Cafferty Clobes Meriwether & Sprengel LLP
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
312-782-4880
Email: dherrera@caffertyclobes.com
jsprengel@caffertyclobes.com
knaughton@caffertyclobes.com

Matthew W. Ruan
Douglas A. Millen
Freed Kanner London & Millen LLC
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
*Counsel for Plaintiff Barbara MacDowell and Richard MacDowell, Laurie Olsen Santillo, Richard Beaumont*

Carmen Medici
Daniel J. Brockwell
Fatima Brizuela
Patrick Coughlin
Scott&Scott Attorneys at Law LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
619-233-4565
Fax: 619-233-0508
Email: cmedici@scott-scott.com
dbrockwell@scott-scott.com
fbrizuela@scott-scott.com
pcoughlin@scott-scott.com

Isabella De Lisi
Michael Srodoski
Patrick J. McGahan
Zachary Krane
Scott&Scott Attorneys at Law LLP
156 S Main St., PO Box 192
Colchester, CT 06415
860-537-5537
idelisi@scott-scott.com
msrodoski@scott-scott.com
pmcgahan@scott-scott.com

Patrick James Rodriguez
Scott&Scott Attorneys at Law LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
212-233-6444
prodriguez@scott-scott.com

*Counsel for Plaintiffs Daniel Rosenbaum, Renaldo
Rodriguez, and Thomas Caron*

Christopher A Turtzo
Morris, Sullivan, Lemkul & Pitegoff
3960 Howard Hughes Parkway, Suite 420
Las Vegas, NV 89169
702-405-8100
Fax: 702-405-8101
Email: turtzo@morrissullivanlaw.com

*Counsel for Plaintiffs Daniel Rosenbaum, Renaldo
Rodriguez, and Thomas Caron*

Defendants Counsel:
Adam L Hudes
Vinson & Elkins LLP
2200 Pennsylvania Ave., NW, Suite 500-
West
Washington, DC 20037
202-639-6632
Fax: 202-879-8822
Email: ahudes@velaw.com

Lawrence E. Buterman
Latham & Watkins LLP
555 Eleventh St, NW, Ste 1000
Washington, DC 20004
202-637-2200
Fax: 202-637-2201
Email: lawrence.buterman@lw.com

Craig P. Seebald
Vinson & Elkins
2200 Pennsylvania Avenue NW, Suite 500
West
Washington, DC 20037
202-639-6585
Email: cseebald@velaw.com

Dylan I. Ballard
Vinson & Elkins
555 Mission Street, Suite 2000
San Francisco, CA 94105
415-979-6955
Email: dballard@velaw.com

Kristen T. Gallagher
McDonald Carano Wilson LLP
2300 W Sahara Avenue, Suite 1200
Las Vegas, NV 89102
(702) 873-4100
Email: kgallagher@mcdonaldcarano.com

Michael W. Scarborough
Vinson & Elkins LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
415-979-6935
Email: mscarborough@velaw.com

Stephen M. Medlock
Vinson & Elkins LLP
2200 Pennsylvania Ave., NW, Suite 500
West
Washington, DC 20037
202-639-6578
Email: smedlock@velaw.com

*Counsel for Defendant Permian Resources Corp.*

Jeffrey J. Amato
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
212-294-4685
Fax: 212-294-4700
Email: jamato@winston.com

Marguerite Sullivan
Latham & Watkins
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
202-637-2200
Fax: 202-637-2201
Email: marguerite.sullivan@lw.com

J Colby Williams
Campbell & Williams
710 South Seventh Street, Ste. A
Las Vegas, NV 89101
702-382-5222
Fax: 702-382-0540
Email: jcw@cwlawlv.com

*Counsel for Defendant Chesapeake Energy Corporation*

Christopher E. Ondeck
Proskauer Rose LLP
1001 Pennsylvania Ave, N.W., Suite 600 South
Washington, DC 20004
202-416-5865
condeck@proskauer.com

Kyle A. Casazza
Proskauer Rose LLP
2029 Century Park East
Los Angeles, CA 90067
310-284-5677
kcasazza@proskauer.com

Michael Burrage
Whitten Burrage
512 N. Broadway, Suite 300
Oklahoma City, OK 73102
405-516-7800
Fax: 405-516-7859
Email: mburrage@whittenburragelaw.com

Stephen R. Chuk
Proskauer Rose LLP
1001 Pennsylvania Ave, N.W., Suite 600 South
Washington, DC 20004
202-416-6697
schuk@proskauer.com

Jeffrey L Kessler
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
212-294-4698
Email: jkessler@winston.com

Thomas M. Melsheimer
Winston & Strawn
2121 N. Pearl Street, 9th Floor
Dallas, TX 75201
214-453-6401
Email: tmelsheimer@winston.com

Thomas B Walsh, IV
Winston & Strawn
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
214-453-6500
Fax: 214-453-6400
Email: TWalsh@winston.com

Leif Reid
Lewis Roca Rothgerber LLP
One East Liberty Street, Suite 300
Reno, NV 89501
775-321-3415
Fax: 775-823-2929
Email: lreid@lewisroca.com

Kristen L. Martini
Lewis Roca Rothgerber Christie LLP
One E. Liberty Street, Suite 300
Reno, NV 89501
775-823-2900
Fax: 775-823-2929
Email: kmartini@lewisroca.com

*Counsel for Defendant Diamondback Energy, Inc.*

David Alexander Papirnik
51 W 52nd Street
New York, NY 10019
347-604-7963
Email: dapapirnik@wlrk.com

Robert J Cassity
Holland & Hart LLP
9555 Hillwood Dr Fl 2
Las Vegas, NV 89134
702-669-4600
Fax: 702-669-4650
Email: bcassity@hollandhart.com

*Counsel for Defendant Continental Resources Inc.*

Christopher P. Wilson
Baker Botts LLP
700 K Street NW
Washington, DC 20001
202-639-7739
Email: christopher.wilson@bakerbotts.com

John M. Taladay
Baker Botts LLP
700 K Street NW
Washington, DC 20001
202-639-7909Email:
john.taladay@bakerbotts.com

Kelsey Ann Paine
Baker Botts LLP
700 K Street, NW
Washington, DC 20001
202-639-7738
kelsey.paine@bakerbotts.com

Megan Elizabeth Tankel
Baker Botts L.L.P
700 K Street, NW
Washington, DC 20001
202-639-1107
megan.tankel@bakerbotts.com

Debra Spinelli
Pisanelli Bice PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
702-214-2100
Email: DLS@pisanellibice.com

Kevin S. Schwartz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
212-403-1062
Email: kschwartz@wlrk.com

Nicholas J Santoro
Holley Driggs
300 South 4th Street, Ste 1600
Las Vegas, NV 89101
702-791-0308
Fax: 702-791-1912
Email: nsantoro@nevadafirm.com

Margarita Elias
Holley Driggs
300 South 4th Street, Ste 1600
Las Vegas, NV 89101
702-791-0308
Fax: 702-791-1912
Email: melias@nevadafirm.com

*Counsel for Defendant Hess Corporation*

Boris Bershteyn
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-3834
Email: boris.bershteyn@skadden.com

Jay P. Srinivasan
Gibson, Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90017-3197
jsrinivasan@gibsondunn.com

Karen Hoffman Lent
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-3000
Email: karen.lent@skadden.com

James J. Pisanelli
Pisanelli Bice PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
702-214-2100
Fax: 702-214-2101
Email: lit@pisanellibice.com

*Counsel for Defendant EOG Resources, Inc.*

Akhil Kumar Gola
Kirkland & Ellis LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
202-879-5000
akhil.gola@kirkland.com

Devora Allon
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212-446-5967
Email: devora.allon@kirkland.com

Jeffrey J. Zeiger
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312-862-3237
Email: jzeiger@kirkland.com

Bradley T Austin
Snell & Wilmer LLP
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Counsel for Defendant Occidental Petroleum Corporation*

Samuel Grant Liversidge
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7420
Fax: 213-229-6420
Email: sliversidge@gibsondunn.com

Stephen C. Whittaker
Gibson, Dunn & Crutcher LLP
3161 Michelson Dr., Ste. 1200
Irvine, CA 92612
949-451-4337
Fax: 949-475-4647
Email: cwhittaker@gibsondunn.com

W. West Allen
Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
702-667-4843
Fax: 702-567-1568
Email: wwa@h2law.com

F. Thomas Edwards
Holley Driggs
300 S 4th, Suite 1600
Las Vegas, NV 89101
702-792-0308Fax: 702-791-1912
Email: tedwards@nevadafirm.com

*Counsel for Defendant Pioneer Natural Resources Company*

*John Mellor v. Permian Resources Corp., et al.*, **Case No. 2:24-cv-00253-MMD-MDC**

**Served via First Class Mail**
Plaintiffs' Counsel:

Mark J Bourassa
Valerie Christian
Jenifer A. Fornetti
The Bourassa Law Group, LLC
2350 W Charleston Blvd, Suite 100
Las Vegas, NV 89102
(702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@blgwins.com
vchristian@blgwins.com
jfornetti@blgwins.com

Matthew Sinclair Weiler
The Joseph Saveri Law Firm, Inc.
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
415-500-6800 x513
Email: mweiler@saverilawfirm.com

Raymond S. Levine
Todd Schneider
Schneider Wallace Cottrell Konecky LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
rlevine@schneiderwallace.com
tschneider@schneiderwallace.com

Stuart George Gross
Travis Smith
Gross Klein PC
The Embarcadero, Pier 9, Suite 100
San Francisco, CA 94111
415-671-4628
Email: sgross@grosskleinlaw.com
tsmith@grosskleinlaw.com

Defendants' Counsel:
Boris Bershteyn
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-3834
Email: boris.bershteyn@skadden.com

Jay P. Srinivasan
Gibson, Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90017-3197
213-229-7520
jsrinivasan@gibsondunn.com

Karen Hoffman Lent
Skadden, Arps. Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
212-735-3276
karen.lent@skadden.com

Bradley T Austin
Snell & Wilmer LLP
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
702-784-5200
baustin@swlaw.com

*Counsel for Defendant Occidental Petroleum Corporation*

Samuel Grant Liversidge
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7420
Fax: 213-229-6420
Email: sliversidge@gibsondunn.com

Stephen C. Whittaker
Gibson, Dunn & Crutcher LLP
3161 Michelson Dr., Ste. 1200
Irvine, CA 92612
949-451-4337
Fax: 949-475-4647
Email: cwhittaker@gibsondunn.com

W. West Allen
Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
702-667-4843
Fax: 702-567-1568
Email: wwa@h2law.com

*Counsel for Defendant Pioneer Natural Resources
Company*

*Patrick Brown, et al. v. Permian Resources Corp., et al.***, Case No. 1:24-cv-00430-LF-KK**

**Served via First Class Mail**
Plaintiffs' Counsel:

Carl Malmstrom
Wolf Haldenstein Adler Freeman & Herz
LLC
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
312-984-0000
Fax: 212-686-0114
Email: malmstrom@whafh.com

Counsel for Defendants has not appeared
in this case.

***Barbara MacDowell, et al. v. Permian Resources Corp., et al.***, **Case No. 2:24-cv-00325-MMD-MDC**

**Served via First Class Mail**
Plaintiffs' Counsel:

Diana J. Zinser
Spector Roseman & Kodroff, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
215-496-0300
Fax: 215-496-6611
Email: dzinser@srkattorneys.com

Jeffrey L. Spector
Spector Roseman & Kodroff, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
215-496-0300
Fax: 215-496-6611
Email: jspector@srkattorneys.com

William G Caldes
Spector Roseman & Kodroff, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
215-496-0300
Fax: 215-496-6611
Email: bcaldes@srkattorneys.com

William A Gonzales
Saltzman Mugan Dushoff
1835 Village Center Circle
Las Vegas, NV 89134
702-405-8500
Fax: 702-405-8501
Email: wgonzales@nvbusinesslaw.com

Christopher Turtzo
Littler Mendelson, PC
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89109
702-405-8100
Email: turtzo@morrissullivanlaw.com

Garrett D. Blanchfield , Jr
Reinhardt Wendorf & Blanchfield
80 South 8th Street, Suite 900
Minneapolis, MN 55402
651-287-2100
Email: g.blanchfield@rwblawfirm.com

Roberta A Yard
Reinhardt Wendorf & Blanchfield
80 South 8th Street, Suite 900
Minneapolis, MN 55402
651-287-2100
Email: r.yard@rwblawfirm.com

Matthew T Dushoff
Saltzman Mugan Dushoff
1835 Village Center Circle
Las Vegas, NV 89134
702-405-8500
Fax: 702-405-8501
Email: mdushoff@nvbusinesslaw.com

*Counsel for all Plaintiffs*

Defendants' Counsel:
W. West Allen
Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway
Suite 1000
Las Vegas, NV 89169
702-667-4843
Fax: 702-567-1568
Email: wwa@h2law.com
*Counsel for Pioneer Natural Resources Company*

Dated: May 9, 2024

Respectfully submitted,

/s/ *Warren T. Burns*

Warren T. Burns
Daniel H. Charest
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone.: (469) 904-4550
wburns@burnscharest.com
dcharest@burnscharest.com

***Attorneys for Plaintiffs Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson, and Mackey and Sons Inc.***