## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION | MDL NO. 3119 |

## AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the forgoing Motion for Transfer, Memorandum in Support, Schedule of Actions, and Amended Proof of Service were served by the CM/ECF system, email, or first class mail on May 16, 2024 to the following:

**Clerks of Court**

**Served via First Class Mail**

Clerk of Court
United States District Court
District of Nevada (Las Vegas Division)
333 Las Vegas Blvd. South
Las Vegas, Nevada 98101

Clerk of Court
United States District Court
District of New Mexico
Pete V. Domenici US Court House
333 Lomas Blvd NW, Suite 270
Albuquerque, New Mexico 87102

*Matthew E. Foos, et al. v. Permian Resources Corp., et al.*, **Case No. 1:24-cv-00361-MLG-LF**

**Served via First Class Mail**
Plaintiffs' Counsel:

Warren T. Burns
Daniel H. Charest
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone.: (469) 904-4550
wburns@burnscharest.com
dcharest@burnscharest.com

Steven N. Williams
Kai'Ree K. Howard
STEVEN WILLIAMS LAW, P.C.
201 Spear Street, Suite 1100
San Francisco, California 94105
Telephone: 415-697-1509
swilliams@stevenwilliamslaw.com
khoward@stevenwilliamslaw.com

Korey Nelson
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-7845

Christopher A. Dodd
DODD LAW OFFICE, LLC
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
Tel: (505) 475-2932

1

| | |
|---|---|
| knelson@burnscharest.com | chris@doddnm.com |

Rex A. Sharp
Isaac L. Diel
W. Greg Wright
Brandon C. Landt
Hammons P. Hepner
SHARP LAW LLP
4820 W. 75th Street
Prairie Village, KS 66208
Telephone: (913) 901-0505
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
blandt@midwest-law.com
hhepner@midwest-law.com

*Counsel for All Plaintiffs*

---

Defendants' Counsel:

| | |
|---|---|
| Devora W Allon<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>212-446-5967<br>Fax: 212-446-4900<br>Email: devora.allon@kirkland.com | Earl E. DeBrine, Jr.<br>Modrall, Sperling, Roehl, Harris & Sisk, PA<br>P.O. Box 2168<br>Albuquerque, NM 87103-2168<br>505-848-1800<br>Fax: 505-848-1891<br>Email: edebrine@modrall.com |
| Jeffrey J Zeiger<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>312-862-3237<br>Fax: 312-862-2200<br>Email: jzeiger@kirkland.com | |

*Counsel for Defendant Occidental Petroleum Corporation*

Defendants (counsel has not yet appeared):

| | |
|---|---|
| Defendant Chesapeake Energy Corporation<br>CT Corporation System<br>1833 South Morgan Road<br>Oklahoma City, OK 73128 | Defendant Continental Resources Inc.<br>CT Corporation System<br>1833 South Morgan Road<br>Oklahoma City, OK 73128 |

2

Defendant Diamondback Energy, Inc.
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Defendant Hess Corporation
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Defendant Pioneer Natural Resources Company
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Defendant EOG Resources, Inc.
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Defendant Permian Resources Corporation
f/k/a Centennial Resource Development
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*Daniel Rosenbaum, et al. v. Permian Resources Corp., et al.*, **Case No. 2:24-cv-00103-MMD-MDC**

**Served via First Class Mail**
Plaintiffs' Counsel:

Aaron Joseph Marks
Cohen Milstein Sellers & Toll PLLC
225 Cadman Plaza East
Brooklyn, NY 11201
718-613-2414
Email: amarks@cohenmilstein.com

Artemus W. Ham , IV
Erica Entsminger
Robert T. Eglet
Robert M. Adams
Eglet Adams Eglet Ham Henriod
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
702-450-5400
Email: aham@egletlaw.com
eentsminger@egletlaw.com
reglet@egletlaw.com
badams@egletlaw.com

Benjamin Brown
Brent W. Johnson
Nina Jaffe-Geffner
Robert W. Cobbs
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
bjohnson@cohenmilstein.com
njaffegeffner@cohenmilstein.com
rcobbs@cohenmilstein.com

Christopher Bateman
Michael Eisenkraf
Cohen Milstein Sellers & Toll PLLC
88 Pine Street
New York, NY 10005
212-838-7797
Email: cbateman@cohenmilstein.com

*Counsel for Plaintiff Andrew Caplen Installations LLC, Edward Alegretti, Western Cab Company*

Arielle S. Wagner
Brian D. Clark
Rebecca A. Peterson
Stephen J. Teti
Lockridge Grindal Nauen PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
612-596-4055
Email: aswagner@locklaw.com
bdclark@locklaw.com
rapeterson@locklaw.com
sjteti@locklaw.com

Martin Muckleroy
6077 S Fort Apache Rd, Suite 140
Las Vegas, NV 89148
702-909-0097
Fax: 702-938-4065
Email: martin@muckleroylunt.com

*Counsel for Plaintiff These Paws Were Made for Walkin' LLC*

Daniel O. Herrera
Jennifer W. Sprengel
Kaitlin Naughton
Cafferty Clobes Meriwether & Sprengel LLP
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
312-782-4880
Email: dherrera@caffertyclobes.com
jsprengel@caffertyclobes.com
knaughton@caffertyclobes.com

Carmen Medici
Daniel J. Brockwell
Fatima Brizuela
Patrick Coughlin
Scott&Scott Attorneys at Law LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
619-233-4565
Fax: 619-233-0508
Email: cmedici@scott-scott.com
dbrockwell@scott-scott.com
fbrizuela@scott-scott.com
pcoughlin@scott-scott.com

Isabella De Lisi
Michael Srodoski
Patrick J. McGahan
Zachary Krane
Scott&Scott Attorneys at Law LLP
156 S Main St., PO Box 192
Colchester, CT 06415
860-537-5537
idelisi@scott-scott.com
msrodoski@scott-scott.com
pmcgahan@scott-scott.com
zkrane@scott-scott.com

Patrick James Rodriguez
Scott&Scott Attorneys at Law LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
212-233-6444
prodriguez@scott-scott.com

*Counsel for Plaintiffs Daniel Rosenbaum, Reneldo Rodriguez, and Thomas Caron*

Matthew W. Ruan
Douglas A. Millen
Freed Kanner London & Millen LLC
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fkmlaw.com

*Counsel for Plaintiff Barbara MacDowell and Richard MacDowell, Laurie Olsen Santillo, Richard Beaumont and Counsel for Interested Parties Josselyn's Getaway Log Cabins, LLC, Brian Courtmanche, David Silver, Laura J. Faber, Patricia Mancieri*

Christopher A Turtzo
Morris, Sullivan, Lemkul & Pitegoff
3960 Howard Hughes Parkway, Suite 420
Las Vegas, NV 89169
702-405-8100
Fax: 702-405-8101
Email: turtzo@morrissullivanlaw.com

*Counsel for Plaintiffs Daniel Rosenbaum, Reneldo Rodriguez, and Thomas Caron*

Robert F. Purdy
Law Office of Andrew M. Leavitt
633 South 7th St.
Las Vegas, NV 89101
702-382-2800
702-382-7438 (fax)
robert.purdy@andrewleavittlaw.com

Matthew W Ruan
Freed Kanner London & Millen LLC
100 Tri-State International
Suite 128
Lincolnshire, IL 60069
224-632-4500
mruan@fklmlaw.com

*Counsel for Interested Parties Josselyn's Getaway Log Cabins, LLC, Brian Courtmanche, David Silver, Laura J. Faber, Patricia Mancieri*

Defendants Counsel:
Adam L Hudes
Vinson & Elkins LLP
2200 Pennsylvania Ave., NW, Suite 500-West
Washington, DC 20037
202-639-6632
Fax: 202-879-8822
Email: ahudes@velaw.com

Craig P. Seebald
Vinson & Elkins
2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037
202-639-6585
Email: cseebald@velaw.com

Dylan I. Ballard
Vinson & Elkins
555 Mission Street, Suite 2000
San Francisco, CA 94105
415-979-6955
Email: dballard@velaw.com

Kristen T. Gallagher
McDonald Carano Wilson LLP
2300 W Sahara Avenue, Suite 1200
Las Vegas, NV 89102
(702) 873-4100
Email: kgallagher@mcdonaldcarano.com

Michael W. Scarborough
Vinson & Elkins LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
415-979-6935
Email: mscarborough@velaw.com

Stephen M. Medlock
Vinson & Elkins LLP
2200 Pennsylvania Ave., NW, Suite 500 West
Washington, DC 20037
202-639-6578
Email: smedlock@velaw.com

*Counsel for Defendant Permian Resources Corp.*

Lawrence E. Buterman
Latham & Watkins LLP
555 Eleventh St, NW, Ste 1000
Washington, DC 20004
202-637-2200
Fax: 202-637-2201
Email: lawrence.buterman@lw.com

Marguerite Sullivan
Latham & Watkins
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
202-637-2200
Fax: 202-637-2201
Email: marguerite.sullivan@lw.com

J Colby Williams
Campbell & Williams
710 South Seventh Street, Ste. A
Las Vegas, NV 89101
702-382-5222
Fax: 702-382-0540
Email: jcw@cwlawlv.com

*Counsel for Defendant Chesapeake Energy Corporation*

Christopher E. Ondeck
Proskauer Rose LLP
1001 Pennsylvania Ave, N.W., Suite 600 South
Washington, DC 20004
202-416-5865
condeck@proskauer.com

Kyle A. Casazza
Proskauer Rose LLP
2029 Century Park East
Los Angeles, CA 90067
310-284-5677
kcasazza@proskauer.com

Michael Burrage
Whitten Burrage
512 N. Broadway, Suite 300
Oklahoma City, OK 73102
405-516-7800
Fax: 405-516-7859
Email: mburrage@whittenburragelaw.com

6

Jeffrey J. Amato
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
212-294-4685
Fax: 212-294-4700
Email: jamato@winston.com

Jeffrey L Kessler
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
212-294-4698
Email: jkessler@winston.com

Thomas M. Melsheimer
Winston & Strawn
2121 N. Pearl Street, 9th Floor
Dallas, TX 75201
214-453-6401
Email: tmelsheimer@winston.com

Thomas B Walsh, IV
Winston & Strawn
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
214-453-6500
Fax: 214-453-6400
Email: TWalsh@winston.com

Leif Reid
Lewis Roca Rothgerber LLP
One East Liberty Street, Suite 300
Reno, NV 89501
775-321-3415
Fax: 775-823-2929
Email: lreid@lewisroca.com

Kristen L. Martini
Lewis Roca Rothgerber Christie LLP
One E. Liberty Street, Suite 300
Reno, NV 89501
775-823-2900
Fax: 775-823-2929
Email: kmartini@lewisroca.com

*Counsel for Defendant Diamondback Energy, Inc.*

Stephen R. Chuk
Proskauer Rose LLP
1001 Pennsylvania Ave, N.W., Suite 600 South
Washington, DC 20004
202-416-6697
schuk@proskauer.com

Robert J Cassity
Holland & Hart LLP
9555 Hillwood Dr Fl 2
Las Vegas, NV 89134
702-669-4600
Fax: 702-669-4650
Email: bcassity@hollandhart.com

*Counsel for Defendant Continental Resources Inc.*

Christopher P. Wilson
Baker Botts LLP
700 K Street NW
Washington, DC 20001
202-639-7739
Email: christopher.wilson@bakerbotts.com

John M. Taladay
Baker Botts LLP
700 K Street NW
Washington, DC 20001
202-639-7909Email:
john.taladay@bakerbotts.com

Kelsey Ann Paine
Baker Botts LLP
700 K Street, NW
Washington, DC 20001
202-639-7738
kelsey.paine@bakerbotts.com

Megan Elizabeth Tankel
Baker Botts L.L.P
700 K Street, NW
Washington, DC 20001
202-639-1107
megan.tankel@bakerbotts.com

7

David Alexander Papirnik
51 W 52nd Street
New York, NY 10019
347-604-7963
Email: dapapirnik@wlrk.com

Kevin S. Schwartz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
212-403-1062
Email: kschwartz@wlrk.com

Nicholas J Santoro
Holley Driggs
300 South 4th Street, Ste 1600
Las Vegas, NV 89101
702-791-0308
Fax: 702-791-1912
Email: nsantoro@nevadafirm.com

Margarita Elias
Holley Driggs
300 South 4th Street, Ste 1600
Las Vegas, NV 89101
702-791-0308
Fax: 702-791-1912
Email: melias@nevadafirm.com

*Counsel for Defendant Hess Corporation*

Boris Bershteyn
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-3834
Email: boris.bershteyn@skadden.com

Jay P. Srinivasan
Gibson, Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90017-3197
jsrinivasan@gibsondunn.com

Karen Hoffman Lent
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-3000
Email: karen.lent@skadden.com

Debra Spinelli
Pisanelli Bice PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
702-214-2100
Email: DLS@pisanellibice.com

James J. Pisanelli
Pisanelli Bice PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
702-214-2100
Fax: 702-214-2101
Email: lit@pisanellibice.com

*Counsel for Defendant EOG Resources, Inc.*

Akhil Kumar Gola
Kirkland & Ellis LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
202-879-5000
akhil.gola@kirkland.com

Devora Allon
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212-446-5967
Email: devora.allon@kirkland.com

Jeffrey J. Zeiger
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312-862-3237
Email: jzeiger@kirkland.com

Bradley T Austin
Snell & Wilmer LLP
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Counsel for Defendant Occidental Petroleum Corporation*

Samuel Grant Liversidge
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7420
Fax: 213-229-6420
Email: sliversidge@gibsondunn.com

Stephen C. Whittaker
Gibson, Dunn & Crutcher LLP
3161 Michelson Dr., Ste. 1200
Irvine, CA 92612
949-451-4337
Fax: 949-475-4647
Email: cwhittaker@gibsondunn.com

W. West Allen
Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
702-667-4843
Fax: 702-567-1568
Email: wwa@h2law.com

F. Thomas Edwards
Holley Driggs
300 S 4th, Suite 1600
Las Vegas, NV 89101
702-792-0308Fax: 702-791-1912
Email: tedwards@nevadafirm.com

*Counsel for Defendant Pioneer Natural Resources Company*

*John Mellor v. Permian Resources Corp., et al.*, Case No. 2:24-cv-00253-MMD-MDC

**Served via First Class Mail**
Plaintiffs' Counsel:

Mark J Bourassa
Valerie Christian
Jenifer A. Fornetti
The Bourassa Law Group, LLC
2350 W Charleston Blvd, Suite 100
Las Vegas, NV 89102
(702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@blgwins.com
vchristian@blgwins.com
jfornetti@blgwins.com

Matthew Sinclair Weiler
The Joseph Saveri Law Firm, Inc.
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
415-500-6800 x513
Email: mweiler@saverilawfirm.com

Raymond S. Levine
Todd Schneider
Schneider Wallace Cottrell Konecky LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
rlevine@schneiderwallace.com
tschneider@schneiderwallace.com

Stuart George Gross
Travis Smith
Gross Klein PC
The Embarcadero, Pier 9, Suite 100
San Francisco, CA 94111
415-671-4628
Email: sgross@grosskleinlaw.com
tsmith@grosskleinlaw.com

*Counsel for Plaintiff John Mellor*

Daniel O. Herrera
Jennifer W. Sprengel
Kaitlin Naughton
Cafferty Clobes Meriwether & Sprengel LLP
135 South LaSalle Street, Suite 3210
Chicago, IL 60603

Carmen Medici
Daniel J. Brockwell
Fatima Brizuela
Patrick Coughlin
Scott&Scott Attorneys at Law LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
619-233-4565
Fax: 619-233-0508
Email: cmedici@scott-scott.com
dbrockwell@scott-scott.com
fbrizuela@scott-scott.com
pcoughlin@scott-scott.com

Isabella De Lisi
Michael Srodoski
Patrick J. McGahan
Zachary Krane
Scott&Scott Attorneys at Law LLP
156 S Main St., PO Box 192
Colchester, CT 06415
860-537-5537
idelisi@scott-scott.com
msrodoski@scott-scott.com
pmcgahan@scott-scott.com

Patrick James Rodriguez
Scott&Scott Attorneys at Law LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
212-233-6444
prodriguez@scott-scott.com

*Counsel for Interested Parties (and Plaintiffs in other action) Daniel Rosenbaum, Reneldo Rodriguez, and Thomas Caron*

312-782-4880
Email: dherrera@caffertyclobes.com
jsprengel@caffertyclobes.com
knaughton@caffertyclobes.com

Matthew W. Ruan
Douglas A. Millen
Freed Kanner London & Millen LLC
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fkmlaw.com

*Counsel for Interested Parties Josselyn's Getaway Log Cabins, LLC, Brian Courtmanche, David Silver, Laura J. Faber, Patricia Mancieri*

Defendants' Counsel:
Boris Bershteyn
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-3834
Email: boris.bershteyn@skadden.com

Jay P. Srinivasan
Gibson, Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90017-3197
213-229-7520
jsrinivasan@gibsondunn.com

Karen Hoffman Lent
Skadden, Arps. Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
212-735-3276
karen.lent@skadden.com

Bradley T Austin
Snell & Wilmer LLP
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
702-784-5200
baustin@swlaw.com

*Counsel for Defendant Occidental Petroleum Corporation*

Samuel Grant Liversidge
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7420
Fax: 213-229-6420

Email: sliversidge@gibsondunn.com

Stephen C. Whittaker
Gibson, Dunn & Crutcher LLP
3161 Michelson Dr., Ste. 1200
Irvine, CA 92612
949-451-4337
Fax: 949-475-4647
Email: cwhittaker@gibsondunn.com

W. West Allen
Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
702-667-4843
Fax: 702-567-1568
Email: wwa@h2law.com

*Counsel for Defendant Pioneer Natural Resources Company*

Defendants (counsel has not yet appeared):

Defendant Chesapeake Energy Corporation
CT Corporation System
1833 South Morgan Road
Oklahoma City, OK 73128

Defendant Continental Resources Inc.
CT Corporation System
1833 South Morgan Road
Oklahoma City, OK 73128

Defendant Diamondback Energy, Inc.
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Defendant EOG Resources, Inc.
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Defendant Hess Corporation
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Defendant Permian Resources Corporation
f/k/a Centennial Resource Development
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*Patrick Brown, et al. v. Permian Resources Corp., et al.*, **Case No. 1:24-cv-00430-LF-KK**

**Served via First Class Mail**
Plaintiffs' Counsel:

Carl Malmstrom
Wolf Haldenstein Adler Freeman & Herz LLC
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
312-984-0000
Fax: 212-686-0114
Email: malmstrom@whafh.com

Counsel for Defendants has not appeared in this case.
Defendants (counsel has not yet appeared):

Defendant Chesapeake Energy Corporation
CT Corporation System
1833 South Morgan Road
Oklahoma City, OK 73128

Defendant Continental Resources Inc.
CT Corporation System
1833 South Morgan Road
Oklahoma City, OK 73128

Defendant Diamondback Energy, Inc.
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Defendant EOG Resources, Inc.
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Defendant Hess Corporation
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Defendant Permian Resources Corporation
f/k/a Centennial Resource Development
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Defendant Pioneer Natural Resources Company
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Defendant Occidental Petroleum Corporation
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*Barbara MacDowell, et al. v. Permian Resources Corp., et al.*, **Case No. 2:24-cv-00325-MMD-MDC**

**Served via First Class Mail**
Plaintiffs' Counsel:

Diana J. Zinser
Spector Roseman & Kodroff, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
215-496-0300
Fax: 215-496-6611
Email: dzinser@srkattorneys.com

Jeffrey L. Spector
Spector Roseman & Kodroff, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
215-496-0300
Fax: 215-496-6611
Email: jspector@srkattorneys.com

William G Caldes
Spector Roseman & Kodroff, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
215-496-0300
Fax: 215-496-6611
Email: bcaldes@srkattorneys.com

William A Gonzales
Saltzman Mugan Dushoff
1835 Village Center Circle
Las Vegas, NV 89134
702-405-8500
Fax: 702-405-8501
Email: wgonzales@nvbusinesslaw.com

Christopher Turtzo
Littler Mendelson, PC
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89109
702-405-8100
Email: turtzo@morrissullivanlaw.com

Garrett D. Blanchfield , Jr
Reinhardt Wendorf & Blanchfield
80 South 8th Street, Suite 900
Minneapolis, MN 55402
651-287-2100
Email: g.blanchfield@rwblawfirm.com

Roberta A Yard
Reinhardt Wendorf & Blanchfield
80 South 8th Street, Suite 900
Minneapolis, MN 55402
651-287-2100
Email: r.yard@rwblawfirm.com

Matthew T Dushoff
Saltzman Mugan Dushoff
1835 Village Center Circle
Las Vegas, NV 89134
702-405-8500
Fax: 702-405-8501
Email: mdushoff@nvbusinesslaw.com

*Counsel for all Plaintiffs*

Defendants' Counsel:
W. West Allen
Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway
Suite 1000
Las Vegas, NV 89169
702-667-4843
Fax: 702-567-1568
Email: wwa@h2law.com
*Counsel for Pioneer Natural Resources Company*

Defendants (counsel has not yet appeared):

| | |
|---|---|
| Defendant Chesapeake Energy Corporation<br>CT Corporation System<br>1833 South Morgan Road<br>Oklahoma City, OK 73128 | Defendant Continental Resources Inc.<br>CT Corporation System<br>1833 South Morgan Road<br>Oklahoma City, OK 73128 |
| Defendant Diamondback Energy, Inc.<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Defendant EOG Resources, Inc.<br>Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Defendant Hess Corporation<br>Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Defendant Permian Resources Corporation<br>f/k/a Centennial Resource Development<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| | Defendant Occidental Petroleum Corporation<br>Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |

| | |
|---|---|
| Dated: May 16, 2024 | Respectfully submitted,<br><br>*/s/Warren T. Burns*<br>Warren T. Burns<br>Daniel H. Charest<br>BURNS CHAREST LLP<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202<br>Telephone.: (469) 904-4550<br>wburns@burnscharest.com<br>dcharest@burnscharest.com<br><br>***Attorneys for Plaintiffs Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson, and Mackey and Sons Inc.*** |