**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION | MDL NO. 3119 |

**AMENDED SCHEDULE OF RELATED ACTIONS**

| Case Caption | Court | Case No. | Judge |
|---|---|---|---|
| **Plaintiffs**: Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson, and Mackey and Sons Inc.<br>v.<br>**Defendants**: Permian Resources Corp., Chesapeake Energy Corporation, Continental Resources Inc., Diamondback Energy, Inc., EOG Resources, Inc., Hess Corporation, Occidental Petroleum Corporation, Pioneer Natural Resources Company | District of New Mexico (Albuquerque) | 1:24-cv-00361-MLG-LF | Judge Matthew L. Garcia |
| **Plaintiffs**: Patrick Brown, Abraham Drucker, Christopher Gallant, Steven Price<br>v.<br>**Defendants**: Permian Resources Corp., Chesapeake Energy Corporation, Continental Resources Inc., Diamondback Energy, Inc., EOG Resources, Inc., Hess Corporation, Occidental Petroleum Corporation, Pioneer Natural Resources Company | District of New Mexico (Albuquerque) | 1:24-cv-00430-KK | Magistrate Judge Laura Fashing |
| **Plaintiffs**: Daniel Rosenbaum, Reneldo Rodriguez, Thomas Caron, Andrew Caplen Installations, LLC, These Paws Were Made for Walkin' LLC, Edward Allergretti, Barbara MacDowell, Richard Macdowell, Laurie Olsen Santillo, Richard Beaumont<br>v.<br>**Defendants**: Permian Resources Corp., Chesapeake Energy Corporation, Continental Resources Inc., Diamondback Energy, Inc., EOG Resources, Inc., Hess Corporation, Occidental Petroleum Corporation, Pioneer Natural Resources Company | District of Nevada (Las Vegas) | 2:24-cv-00103-MMD-MDC | Chief Judge Miranda M. Du |
| **Plaintiff**: John Mellor<br>v.<br>**Defendants**: Permian Resources Corp., Chesapeake Energy Corporation, Continental Resources Inc., Diamondback Energy, Inc., EOG Resources, Inc., Hess Corporation, Occidental Petroleum Corporation, Pioneer Natural Resources Company<br><br>**Interested Parties**: Daniel Rosenbaum, Reneldo Rodriguez, Thomas Caron, Brian Courtmanche, Laura J. Faber, Patricia Mancieri, David Silber, Josselyn's Getaway Log Cabins, LLC | District of Nevada (Las Vegas) | 2:24-cv-00253-MMD-MDC | Chief Judge Miranda M. Du |
| **Plaintiffs**: Barbara MacDowell, Phillip MacDowell<br>v. | District of Nevada (Las | 2:24-cv-00325-MMD-MDC | Chief Judge Miranda M. Du |

| | | | |
|---|---|---|---|
| **Defendants**: Permian Resources Corp., Chesapeake Energy Corporation, Continental Resources Inc., Diamondback Energy, Inc., EOG Resources, Inc., Hess Corporation, Occidental Petroleum Corporation, Pioneer Natural Resources Company | Vegas) | | |

Dated: May 16, 2024                                          Respectfully submitted,

*/s/ Warren T. Burns*
Warren T. Burns
Daniel H. Charest
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone.: (469) 904-4550
wburns@burnscharest.com
dcharest@burnscharest.com

Korey Nelson
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-7845
knelson@burnscharest.com

Rex A. Sharp
Isaac L. Diel
W. Greg Wright
Brandon C. Landt
Hammons P. Hepner
SHARP LAW LLP
4820 W. 75th Street
Prairie Village, KS 66208
Telephone: (913) 901-0505
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
blandt@midwest-law.com
hhepner@midwest-law.com

Steven N. Williams
Kai'Ree K. Howard
STEVEN WILLIAMS LAW, P.C.
201 Spear Street, Suite 1100
San Francisco, California 94105
Telephone: 415-697-1509
swilliams@stevenwilliamslaw.com
khoward@stevenwilliamslaw.com

Christopher A. Dodd
DODD LAW OFFICE, LLC
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
Tel: (505) 475-2932
chris@doddnm.com

*Attorneys for Plaintiffs Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson, and Mackey and Sons Inc.*