# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Related Actions from JPML

**Date Received:** 6/3/24

JPML has been notified of the attached action(s) for potential inclusion in the proposed MDL.

**Number of Actions:** 6

**Complaints and Docket Sheets are attached.**

*Tiffaney D. Pete*
CLERK OF THE PANEL