BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: Shale Oil Antitrust Litigation | MDL No. 3119 |
|---|---|

## CERTIFICATE OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel certifies that copies of the foregoing document was served on all parties in the following cases electronically via ECF, or as indicated below, on June 3, 2024.

*Brown et al v. Permian Resources Corp. et al.*, Case No. 1:24-cv-430-LF-KK (D.N.M.)

**Via email**

Plaintiffs' Counsel:
Thomas H. Burt
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
burt@whafh.com

*Foos, et al. v. Permian Resources Corp., et al.*, Case No. 1:24-cv-003610-MLG-LF (D.N.M.)

**Via CM/ECF**

Plaintiff's Counsel:

Warren T. Burns
Daniel H. Charest
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
wburns@burnscharest.com
dcharest@burnscharest.com

1

Korey Nelson
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-7845
knelson@burnscharest.com

Steven N. Williams
Kai'Ree K. Howard
STEVEN WILLIAMS LAW, P.C.
201 Spear Street, Suite 1100
San Francisco, California 94105
Telephone: (415) 697-1509
swilliams@stevenwilliamslaw.com
khoward@stevenwilliamslaw.com

Christopher A. Dodd
DODD LAW OFFICE, LLC
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
Tel: (505) 475-2932
chris@doddnm.com

Rex A. Sharp
Isaac L. Diel
W. Greg Wright
Brandon C. Landt
Hammons P. Hepner
Brandon C. Landt
SHARP LAW LLP
4280 W. 75th Street
Prairie Village, KS 66208
Telephone: (913) 901-0505
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
blandt@midwest-law.com
hhepner@midwest-law.com
blandt@midwest-law.com

*Rosenbaum, et al. v. Permian Resources Corp., et al.*, Case No. 2:24-cv-00103-MMD-MDC (D. Nev.)

**Via CM/ECF**

Plaintiff's Counsel:

Aaron Joseph Marks
COHEN MILSTEIN SELLERS & TOLL PLLC
225 Cadman Plaza East
Brooklyn, NY 11201
Telephone: (718) 613-2414
Email: amarks@cohenmilstien.com

Artemus W. Ham, IV
Erica Entsminger
Robert T. Eglet
Robert M. Adams
EGLET ADAMS EGLET HAM HENRIOD
400 S. 7th Street, Suite 400
Las Vegas, NV 98101
Telephone: (702) 450-5400
Email: aham@egletlaw.com
eentsminger@egletlaw.com
reglet@egletlaw.com
badams@egletlaw.com

Benjamin Brown
Brent W. Johnson
Nina Jaffe-Geffner
Robert W. Cobbs
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
bjohnson@cohenmilstein.com
njaffegeffner@cohenmilstein.com
rcobbs@cohenmilstein.com

Christopher Bateman
Michael Eisenkraf
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street
New York, NY 10005
Telephone: (212) 838-7797
cbateman@cohenmilstein.com

Arielle S. Wagner
Brian D. Clark
Rebecca A. Peterson
Stephen J. Teti
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4055

Email: aswagner@locklaw.com
bdclark@locklaw.com
rapeterson@locklaw.com
sjteti@locklaw.com

Martin Muckleroy
6011 S. Fort Apache Rd., Suite 140
Las Vegas, NV 89148
Telephone: (702) 938-4065
Fax: (702) 938-4065
martin@muckleroylunt.com

Daniel O. Herrera
Jennifer W. Sprengel
Kaitlin Naughton
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email: dherrera@caffetyclobes.com
jsprengel@caffetyclobes.com
knaughton@caffetyclobes.com

Carmen Medici
Daniel J. Brockwell
Fatima Brizuela
Patrick Coughlin
SCOTT & SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Fax: (619) 233-0508
Email: cmedici@scott-scott.com
dbrockwell@scott-scott.com
fbrizuela@scott-scott.com
pcoughlin@scott-scott.com

Isabelle De Lisi
Michael Srodoski
Patrick J. McGahan
Zachary Krane
SCOTT & SCOTT ATTORNEYS AT LAW LLP
156 S. Main St., PO Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
idelisi@scott-scott.com
msrodoski@scott-scott.com

pmcgahan@scott-scott.com
zkrane@scott-scott.com

Patrick James Rodriguez
SCOTT & SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 233-6444
prodriguez@scott-scott.com

Matthew W. Ruan
Douglas A. Millen
FREED KANNER LONDON & MILLEN LLC
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fkmlaw.com

Christopher A. Turzo
MORRIS, SULLIVAN, LEMKUL & PITEGOFF
3960 Howard Hughes Parkway, Suite 420
Las Vegas, NV 89169
Telephone: (702) 405-8100
turzo@morrissullivanlaw.com

Robert F. Purdy
LAW OFFICE OF ANDREW M. LEAVITT
633 South 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-2800
Fax: (702) 382-7438
robert.purdy@andrewleavittlaw.com

*Mellor v. Permian Resources Corp., et al.,* Case No. 2:24-cv-00253-MMD-MDC (D. Nev.)

**Via CM/ECF**

Plaintiff's Counsel:

Mark J Bourassa
Valerie Christian
Jenifer A. Fornetti
THE BOURASSA LAW GROUP, LLC
2350 W Charleston Blvd, Suite 100
Las Vegas, NV 89102
(702) 851-2180

Fax: (702) 851-2189
mbourassa@blgwins.com
vchristian@blgwins.com
jfornetti@blgwins.com

Matthew Sinclair Weiler
THE JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
415-500-6800 x513
mweiler@saverilawfirm.com

Raymond S. Levine
Todd Schneider
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
rlevine@schneiderwallace.com
tschneider@schneiderwallace.com

Stuart George Gross
Travis Smith
GROSS KLEIN PC
The Embarcadero, Pier 9, Suite 100
San Francisco, CA 94111
415-671-4628
Email: sgross@grosskleinlaw.com
tsmith@grosskleinlaw.com

*Courtmanche, et al. v. Permian Resources Corp., et al.*, Case No. 2:24-cv-00198-MMD-MDC (D. Nev.)

**Via CM/ECF**

Plaintiffs' Counsel:

Jonathan M. Shapiro
AETON LAW PARTNERS LLP
311 Centerpoint Drive
Middletown, Connecticut 06475
(860) 724.2160
jms@aetonlaw.com

*MacDowell, et al. v. Permian Resources Corp., et al.*, Case No. 2:24-cv-00325-MMD-MDC (D. Nev.)

**Via CM/ECF**

Plaintiffs' Counsel:

Diana J. Zinser
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
215-496-0300
Fax: 215-496-6611
dzinser@srkattorneys.com

Jeffrey L. Spector
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
215-496-0300
Fax: 215-496-6611
jspector@srkattorneys.com

William G Caldes
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
215-496-0300
Fax: 215-496-6611
bcaldes@srkattorneys.com

William A Gonzales
SALTZMAN MUGAN DUSHOFF
1835 Village Center Circle
Las Vegas, NV 89134
702-405-8500
Fax: 702-405-8501
wgonzales@nvbusinesslaw.com

Christopher Turtzo
LITTLER MENDELSON, PC
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89109
702-405-8100
turtzo@morrissullivanlaw.com

Garrett D. Blanchfield , Jr
REINHARDT WENDORF & BLANCHFIELD
80 South 8th Street, Suite 900
Minneapolis, MN 55402
651-287-2100

g.blanchfield@rwblawfirm.com

Roberta A Yard
REINHARDT WENDORF & BLANCHFIELD
80 South 8th Street, Suite 900
Minneapolis, MN 55402
651-287-2100
r.yard@rwblawfirm.com

Matthew T Dushoff
SALTZMAN MUGAN DUSHOFF
1835 Village
Center Circle Las Vegas, NV 89134
702-405-8500
Fax: 702-405-8501
mdushoff@nvbusinesslaw.com


*Andrew Caplen Installations LLC et al v. Permian Resources Corp. et al.*, Case No. 2:24-cv-150 (D. Nev.) and *Western Cab Company v. Permian Resources Corp. et al.*, Case No. 2:24-cv-401 (D. Nev.)

**Via CM/ECF**

Plaintiffs' Counsel:

Robert T. Eglet
Artemus W. Ham, IV
Erica D. Entsminger
EGLET ADAMS EGLET HAM & HENRIOD
400 South Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702): 450-5400
Facsimile: (702) 450-5451
eservice@egletlaw.com

Brent W. Johnson
Benjamin Brown
Robert W. Cobbs
Nina Jaffe-Geffner
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com

rcobbs@cohenmilstein.com
njaffegeffner@cohenmilstein.com

Michael Eisenkraft
Christopher Bateman
Aaron Marks
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 883-7797
meisenkraft@cohenmilstein.com
cbateman@cohenmilstein.com
amarks@cohenmilstein.com

*These Paws Were Made for Walkin' LLC v. Permian Resources Corp. et al.*, Case No. 2:24-cv-264 (D.Nev.):

**Via CM/ECF**

Plaintiffs' Counsel:

Martin A. Muckleroy
MUCKLEROY LUNT, LLC
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Phone (702) 907-0097
Fax (702) 938-4065
martin@muckleroylunt.com

Brian D. Clark
Rebecca A. Peterson
Stephen J. Teti
Arielle S. Wagner
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
bdclark@locklaw.com
rapeterson@locklaw.com
sjteti@locklaw.com
aswagner@locklaw.com

*Olsen Santillo v. Permian Resources Corp. et al.*, Case No. 2:24-cv-279 (D. Nev.)

**Via CM/ECF**

Plaintiffs' Counsel:
Robert F. Purdy
LAW OFFICES OF ANDREW M. LEAVITT, ESQ.
633 South Seventh Street
Las Vegas, NV 89101
Telephone: (702) 382-2800
Facsimile: (702) 382-7438
robert.purdy@andrewleavittlaw.com

Jennifer Sprengel
Daniel O. Herrera
Kaitlin Naughton
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel.: 312.782.4880
Fax: 312.782.4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
knaughton@caffertyclobes.com

*Beaumont v. Permian Resources Corp. et al.*, Case No. 2:24-cv-298 (D. Nev.)

**Via CM/ECF**

Plaintiffs' Counsel:

Robert F. Purdy
LAW OFFICES OF ANDREW M. LEAVITT, ESQ.
633 South Seventh Street
Las Vegas, NV 89101
Telephone: (702) 382-2800
Facsimile: (702) 382-7438
robert.purdy@andrewleavittlaw.com

Daniel L. Warshaw
Bobby Pouya
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pwfirm.com
bpouya@pwfirm.com

Jill M. Manning

Neil J. Swartzberg
PEARSON WARSHAW, LLP
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
jmanning@pwfirm.com
nswartzberg@pwfirm.com


**Counsel for Defendants (Common to All Cases):**

**Via CM/ECF**

Counsel for Defendant Diamondback Energy, Inc.:

Thomas B. Walsh, IV
WINSTRON & STRAWN
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Fax: (214) 453-6400
TWalsh@winston.com

Counsel for Defendant Chesapeake Energy Corp:

Morgan L. Maddoux
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 1.202.637.2200
Facsimile: 1.202.637.2201
Morgan.maddoux@lw.com

Counsel for Defendant EOG Resources, Inc.:

Ben Feuchter
Thomas C. Bird
JENNINGS HAUG KELEHER McLEOD LLP
201 Third St. NW, Suite 1200
Albuquerque, NM 87102
(505) 346-4646
bf@jhkmlaw.com
tcb@jhkmlaw.com

Counsel for Defendant Hess Corporation:

Kevin S. Schwartz
WACHTELL LIPTON ROSEN & KATZ
51 W. 52nd St.
New York, NY 10019
(212) 403-1062
kschwartz@wlrk.com

Counsel for Defendant Continental Resources, Inc.:

Christopher Ondeck
PROSKAUER ROSE LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004
(202) 416-6800
condeck@proskauer.com

Counsel for Defendant Occidental Petroleum Corporation:

Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-5967
Fax No.: (212) 446-4900
devora.allon@kirkland.com

Counsel for Defendant Pioneer Natural Resources Company and ExxonMobil Corp.:

W. West Allen
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
702-667-4843
Fax: 702-567-1568
wwa@h2law.com

Boris Bershteyn
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001-8602
212-735-3834
boris.bershteyn@skadden.com

Jay P. Srinivasan
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave

Los Angeles, CA 90017-3197
213-229-7520
jsrinivasan@gibsondunn.com

Karen Hoffman Lent
SKADDEN, ARPS. SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
212-735-3276
karen.lent@skadden.com

Samuel Grant Liversidge
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7420
Fax: 213-229-6420
sliversidge@gibsondunn.com

Stephen C. Whittaker
Gibson, Dunn & Crutcher LLP 3161
Michelson Dr., Ste. 1200
Irvine, CA 92612
949-451-4337
Fax: 949-475-4647
cwhittaker@gibsondunn.com

Dated: June 3, 2024                     By: */s/ Carl V. Malmstrom*
                                                    Carl V. Malmstrom
                                                    **WOLF HALDENSTEIN ADLER**
                                                     **FREEMAN & HERZ LLC**
                                                     111 W. Jackson Blvd., Suite 1700
                                                     Chicago, IL 60604
                                                     Tel: (312) 984-0000
                                                     Fax: (212) 686-0114
                                                     malmstrom@whafh.com

                                                     *Counsel for the Brown Plaintiffs*