## Schedule of Related Actions

*In re Shale Oil Antitrust Litigation* (MDL No. 3119)

Attachment to the Nevada Plaintiffs' Response Memorandum

| # | Case | Plaintiffs[1] | Filing Date | District/ Division | Presiding Judge | Coordination Status |
|---|---|---|---|---|---|---|
| 1 | *Rosenbaum et al. v. Permian Resources Corp. et al.*, 2:24cv00103 | Daniel Rosenbaum, Reneldo Rodriguez, and Thomas Caron. | 1/12/2024 | District of Nevada (Las Vegas Division) | Chief Judge Miranda M. Du | Lead case for the actions consolidated in the District of Nevada.[2] |
| 2 | *Andrew Caplen Instillations LLC et al. v. Permian Resources Corp. et al.*, 2:24cv00150 | Andrew Caplen Installations LLC, and Edward Allegretti d/b/a Alfred Auto Center. | 1/22/2024 | District of Nevada (Las Vegas Division) | Chief Judge Miranda M. Du | Consolidated with *Rosenbaum*.[3] |
| 3 | *These Paws Were Made For Walkin' LLC et al. v. Permian Resources Corp. et al.*, 2:24cv00164 | These Paws Were Made For Walkin' LLC. | 1/24/2024 | District of Nevada (Las Vegas Division) | Chief Judge Miranda M. Du | Consolidated with *Rosenbaum*.[4] |
| 4 | *Courtmanche et al. v. Permian Resources Corp. et al.*, 2:24cv00198 | Brian Courtmanche, Laura J. Faber, Patricia Mancieri, David Silver, and Josselyn's Getaway Log Cabins, LLC. | 1/29/2024 | District of Nevada (Las Vegas Division) | Chief Judge Miranda M. Du | Consolidated with *Rosenbaum*.[5] |

---

[1] All Related Cases have the same **Defendants**: Permian Resources Corp., Chesapeake Energy Corporation, Continental Resources Inc., Diamondback Energy, Inc., EOG Resources, Inc., Hess Corporation, Occidental Petroleum Corporation, and Pioneer Natural Resources Company.

[2] *See Rosenbaum*, ECF. No. 173 (May 16, 2024, Order, the "Consolidation Order") ("Case No. 2:24-cv-00103-MMD-MDC is the lead case in all putative class actions alleging that Defendants conspired to constrain the production of shale oil to increase the price of oil products assigned to this Court.").

[3] *See Rosenbaum*, ECF No. 31 (January 29, 2024, Order Consolidating Actions).

[4] *Id*.

[5] *See* Consolidation Order.

1

| # | Case | Plaintiffs[1] | Filing Date | District/ Division | Presiding Judge | Coordination Status |
|---|---|---|---|---|---|---|
| 5 | *Mellor et al. v. Permian Resources Corp. et al.*, 2:24cv00253 | John Mellor. | 2/6/2024 | District of Nevada (Las Vegas Division) | Chief Judge Miranda M. Du | Consolidated with *Rosenbaum*.[6] |
| 6 | *Santillo et al. v. Permian Resources Corp. et al.*, 2:24cv00279 | Laurie Olsen Santillo. | 2/8/2024 | District of Nevada (Las Vegas Division) | Chief Judge Miranda M. Du | Consolidated with *Rosenbaum*.[7] |
| 7 | *Beaumont et al. v. Permian Resources Corp. et al.*, 2:24cv00298 | Richard Beaumont. | 2/12/2024 | District of Nevada (Las Vegas Division) | Chief Judge Miranda M. Du | Consolidated with *Rosenbaum*.[8] |
| 8 | *MacDowell et al. v. Permian Resources Corp. et al.*, 2:24cv00325 | Barbara MacDowell, and Phillip MacDowell. | 2/15/2024 | District of Nevada (Las Vegas Division) | Chief Judge Miranda M. Du | Consolidated with *Rosenbaum*.[9] |
| 9 | *Western Cab Company et al. v. Permian Resources Corp. et al.*, 2:24cv00401 | Western Cab Company. | 2/28/2024 | District of Nevada (Las Vegas Division) | Chief Judge Miranda M. Du | Consolidated with *Rosenbaum*.[10] |
| 10 | *Foos et al. v. Permian Resources Corp. et al.*, 1:24cv00361 | Matthew Foos, Andrew Hund, Michale Ackerman, Jarrod Johnson, and Mackey and Sons, Inc. | 4/15/2024 | District of New Mexico (Albuquerque Division) | Judge Matthew L. Garcia | Has not been coordinated with any other actions. |
| 11 | *Brown et al. v. Permian Resources Corp. et al.*, 1:24cv00430 | Patrick Brown, Abraham Drucker, Christopher Gallant, and Steven Price. | 5/6/2024 | District of New Mexico (Albuquerque Division) | Magistrate Judge Laura Fashing | Has not been coordinated with any other actions. |

---

[6]  *Id.*
[7]  *Id.*
[8]  *Id.*
[9]  *Id.*
[10]  *See Rosenbaum*, ECF No. 31 (March 29, 2024, Stipulation and Order to Consolidate Case).