## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION | MDL NO. 3119 |

## PROOF OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that true and correct copies of the **Nevada Plaintiffs' Response Memorandum in Support of Transfer and Centralization of Related Actions Pursuant to 28 U.S.C. §1407** were served via CM/ECF on all registered CM/ECF users or via U.S. Mail on June 3, 2024:

| *Matthew E. Foos, et al. v. Permian Resources Corp., et al., Case No. 1:24-cv-00361-MLG-LF* | |
|---|---|
| *Plaintiffs' Counsel:* | |
| **Via CM/ECF** <br> Warren T. Burns <br> Daniel H. Charest <br> **BURNS CHAREST LLP** <br> 900 Jackson Street, Suite 500 <br> Dallas, TX 75202 <br> Telephone.: (469) 904-4550 <br> wburns@burnscharest.com <br> dcharest@burnscharest.com | **Via CM/ECF** <br> Steven N. Williams <br> Kai'Ree K. Howard <br> **STEVEN WILLIAMS LAW, P.C.** <br> 201 Spear Street, Suite 1100 <br> San Francisco, California 94105 <br> Telephone: 415-697-1509 <br> swilliams@stevenwilliamslaw.com <br> khoward@stevenwilliamslaw.com |
| **Via CM/ECF** <br> Korey Nelson <br> **BURNS CHAREST LLP** <br> 365 Canal Street, Suite 1170 <br> New Orleans, Louisiana 70130 <br> Telephone: (504) 799-7845 <br> knelson@burnscharest.com | **Via CM/ECF** <br> Christopher A. Dodd <br> **DODD LAW OFFICE, LLC** <br> 500 Marquette Avenue NW, Suite 1330 <br> Albuquerque, New Mexico 87102 <br> Tel: (505) 475-2932 <br> chris@doddnm.com |

| | |
|---|---|
| **Via CM/ECF**<br>Rex A. Sharp<br>Isaac L. Diel<br>W. Greg Wright<br>Brandon C. Landt<br>Hammons P. Hepner<br>**SHARP LAW LLP**<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>Telephone: (913) 901-0505<br>rsharp@midwest-law.com<br>idiel@midwest-law.com<br>gwright@midwest-law.com<br>blandt@midwest-law.com<br>hhepner@midwest-law.com | |
| *Defendants Counsel:* | |
| **Via CM/ECF**<br>Devora W. Allon<br>**Kirkland & Ellis LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>212-446-5967<br>Fax: 212-446-4900<br>devora.allon@kirkland.com | **Via CM/ECF**<br>Earl E. DeBrine, Jr.<br>**Modrall, Sperling, Roehl, Harris & Sisk, PA**<br>P.O. Box 2168<br>Albuquerque, NM 87103-2168<br>505-848-1800<br>Fax: 505-848-1891<br>edebrine@modrall.com |
| **Via CM/ECF**<br>Jeffrey J. Zeiger<br>**Kirkland & Ellis LLP**<br>300 North LaSalle<br>Chicago, IL 60654<br>312-862-3237<br>Fax: 312-862-2200<br>jzeiger@kirkland.com | |
| *Daniel Rosenbaum, et al. v. Permian Resources Corp., et al., Case No. 2:24-cv-00103-MMD-MDC* | |
| *Plaintiffs' Counsel:* | |
| **Via CM/ECF**<br>Aaron Joseph Marks<br>**Cohen Milstein Sellers & Toll PLLC**<br>225 Cadman Plaza East<br>Brooklyn, NY 11201<br>718-613-2414<br>amarks@cohenmilstein.com | **Via CM/ECF**<br>Arielle S. Wagner<br>Brian D. Clark<br>Rebecca A. Peterson<br>Stephen J. Teti<br>**Lockridge Grindal Nauen PLLP**<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>612-596-4055<br>aswagner@locklaw.com<br>bdclark@locklaw.com |

| | |
|---|---|
| | rapeterson@locklaw.com<br>sjteti@locklaw.com |
| **Via CM/ECF**<br>Artemus W. Ham , IV<br>Erica Entsminger<br>Robert T. Eglet<br>**Eglet Adams Eglet Ham Henriod**<br>400 S. 7th Street, Suite 400<br>Las Vegas, NV 89101<br>702-450-5400<br>aham@egletlaw.com<br>eentsminger@egletlaw.com<br>reglet@egletlaw.com | **Via CM/ECF**<br>Martin Muckleroy<br>**Muckleroy Lunt, LLC**<br>6077 S Fort Apache Rd, Suite 140<br>Las Vegas, NV 89148<br>702-909-0097<br>Fax: 702-938-4065<br>martin@muckleroylunt.com |
| **Via CM/ECF**<br>Benjamin Brown<br>Brent W. Johnson<br>Nina Jaffe-Geffner<br>Robert W. Cobbs<br>**Cohen Milstein Sellers & Toll PLLC**<br>1100 New York Avenue NW, 5th Floor<br>Washington, DC 20005<br>bjohnson@cohenmilstein.com<br>njaffegeffner@cohenmilstein.com<br>rcobbs@cohenmilstein.com | **Via CM/ECF**<br>Daniel O. Herrera<br>Jennifer W. Sprengel<br>Kaitlin Naughton<br>**Cafferty Clobes Meriwether & Sprengel LLP**<br>135 South LaSalle Street, Suite 3210<br>Chicago, IL 60603<br>312-782-4880<br>dherrera@caffertyclobes.com<br>jsprengel@caffertyclobes.com<br>knaughton@caffertyclobes.com |
| **Via CM/ECF**<br>Christopher Bateman<br>Michael Eisenkraft<br>**Cohen Milstein Sellers & Toll PLLC**<br>88 Pine Street<br>New York, NY 10005<br>212-838-7797<br>cbateman@cohenmilstein.com | **Via CM/ECF**<br>Robert F. Purdy<br>**Law Offices Of Andrew M. Leavitt, Esq.**<br>633 South Seventh Street<br>Las Vegas, NV 89101<br>Robert.purdy@andrewleavittlaw.com |
| **Via CM/ECF**<br>Carmen Medici<br>Daniel J. Brockwell<br>Fatima Brizuela<br>Patrick Coughlin<br>**Scott+Scott Attorneys at Law LLP**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>619-233-4565<br>Fax: 619-233-0508<br>cmedici@scott-scott.com<br>dbrockwell@scott-scott.com<br>fbrizuela@scott-scott.com<br>pcoughlin@scott-scott.com | **Via CM/ECF**<br>Christopher A Turtzo<br>**Morris, Sullivan, Lemkul & Pitegoff**<br>3960 Howard Hughes Parkway, Suite 420<br>Las Vegas, NV 89169<br>702-405-8100<br>Fax: 702-405-8101<br>turtzo@morrissullivanlaw.com |

| | |
|---|---|
| **Via CM/ECF**<br>Isabella De Lisi<br>Michael Srodoski<br>Patrick J. McGahan<br>**Scott+Scott Attorneys at Law LLP**<br>156 S Main St., PO Box 192<br>Colchester, CT 06415<br>860-537-5537<br>idelisi@scott-scott.com<br>msrodoski@scott-scott.com<br>pmcgahan@scott-scott.com | **Via CM/ECF**<br>Patrick James Rodriguez<br>**Scott+Scott Attorneys at Law LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>212-233-6444<br>prodriguez@scott-scott.com |
| Daniel L. Warshaw<br>Bobby Pouya<br>**Pearson Warshaw, LLP**<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, California 91403<br>dwarshaw@pwfirm.com<br>bpouya@pwfirm.com | Jill M. Manning<br>Neil J. Swartzberg<br>**Pearson Warshaw, LLP**<br>555 Montgomery St., Suite 1205<br>San Francisco, California 94111<br>jmanning@pwfirm.com<br>nswartzberg@pwfirm.com |
| Matthew W. Ruan<br>Douglas A. Millen<br>Michael E. Moskovitz<br>**Freed Kanner London & Millen LLC**<br>100 Tri-State International, Suite 128<br>Lincolnshire, Illinois 60069<br>mruan@fklmlaw.com<br>dmillen@fklmlaw.com<br>mmoskovitz@fklmlaw.com | Kimberly A. Justice<br>Jonathan M. Jagher<br>**Freed Kanner London & Millen LLC**<br>923 Fayette Street<br>Conshohocken, Pennsylvania 19428<br>kjustice@fklmlaw.com<br>jjagher@fklmlaw.com |
| Jonathan M. Shapiro<br>**Aeton Law Partners LLP**<br>311 Centerpoint Drive<br>Middletown, Connecticut 06475<br>jms@aetonlaw.com | |
| *Defendants Counsel:* | |
| **Via CM/ECF**<br>Adam L Hudes<br>**Vinson & Elkins LLP**<br>2200 Pennsylvania Ave., NW, Suite 500-West<br>Washington, DC 20037<br>202-639-6632<br>Fax: 202-879-8822<br>ahudes@velaw.com | **Via CM/ECF**<br>Lawrence E. Buterman<br>**Latham & Watkins LLP**<br>555 Eleventh St, NW, Ste 1000<br>Washington, DC 20004<br>202-637-2200<br>Fax: 202-637-2201<br>lawrence.buterman@lw.com |

| | |
|---|---|
| **Via CM/ECF**<br>Craig P. Seebald<br>**Vinson & Elkins**<br>2200 Pennsylvania Avenue NW, Suite 500 West<br>Washington, DC 20037<br>202-639-6585<br>cseebald@velaw.com | **Via CM/ECF**<br>Marguerite Sullivan<br>**Latham & Watkins**<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Fax: 202-637-2201<br>marguerite.sullivan@lw.com |
| **Via CM/ECF**<br>Dylan I. Ballard<br>**Vinson & Elkins**<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>415-979-6955<br>dballard@velaw.com | **Via CM/ECF**<br>J. Colby Williams<br>**Campbell & Williams**<br>710 South Seventh Street, Ste. A<br>Las Vegas, NV 89101<br>702-382-5222<br>Fax: 702-382-0540<br>jcw@cwlawlv.com |
| **Via CM/ECF**<br>Kristen T. Gallagher<br>**McDonald Carano LLP**<br>2300 W Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>(702) 873-4100<br>kgallagher@mcdonaldcarano.com | **Via CM/ECF**<br>Christopher E. Ondeck<br>**Proskauer Rose LLP**<br>1001 Pennsylvania Ave, N.W., Suite 600 South<br>Washington, DC 20004<br>202-416-5865 |
| **Via CM/ECF**<br>Michael W. Scarborough<br>**Vinson & Elkins LLP**<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>415-979-6935<br>mscarborough@velaw.com | **Via CM/ECF**<br>Kyle A. Casazza<br>**Proskauer Rose LLP**<br>2029 Century Park East<br>Los Angeles, CA 90067<br>310-284-5677 |
| **Via CM/ECF**<br>Stephen M. Medlock<br>**Vinson & Elkins LLP**<br>2200 Pennsylvania Ave., NW, Suite 500 West<br>Washington, DC 20037<br>202-639-6578<br>smedlock@velaw.com | **Via CM/ECF**<br>Michael Burrage<br>**Whitten Burrage**<br>512 N. Broadway, Suite 300<br>Oklahoma City, OK 73102<br>405-516-7800<br>Fax: 405-516-7859<br>mburrage@whittenburragelaw.com |
| **Via CM/ECF**<br>Jeffrey J. Amato<br>**Winston & Strawn LLP**<br>200 Park Avenue<br>New York, NY 10166<br>212-294-4685<br>Fax: 212-294-4700<br>jamato@winston.com | **Via CM/ECF**<br>Stephen R. Chuk<br>**Proskauer Rose LLP**<br>1001 Pennsylvania Ave, N.W., Suite 600 South<br>Washington, DC 20004<br>202-416-6697<br>schuk@proskauer.com |

| | |
|---|---|
| **Via CM/ECF**<br>Jeffrey L. Kessler<br>**Winston & Strawn LLP**<br>200 Park Avenue<br>New York, NY 10166<br>212-294-4698<br>jkessler@winston.com | **Via CM/ECF**<br>Robert J. Cassity<br>**Holland & Hart LLP**<br>9555 Hillwood Dr Fl 2<br>Las Vegas, NV 89134<br>702-669-4600<br>Fax: 702-669-4650<br>bcassity@hollandhart.com |
| **Via CM/ECF**<br>Thomas M. Melsheimer<br>**Winston & Strawn**<br>2121 N. Pearl Street, 9th Floor<br>Dallas, TX 75201<br>214-453-6401<br>tmelsheimer@winston.com | **Via CM/ECF**<br>Christopher P. Wilson<br>**Baker Botts LLP**<br>700 K Street NW<br>Washington, DC 20001<br>202-639-7739<br>christopher.wilson@bakerbotts.com |
| **Via CM/ECF**<br>Thomas B. Walsh, IV<br>**Winston & Strawn**<br>2121 N. Pearl Street, Suite 900<br>Dallas, TX 75201<br>214-453-6500<br>Fax: 214-453-6400<br>TWalsh@winston.com | **Via CM/ECF**<br>John M. Taladay<br>**Baker Botts LLP**<br>700 K Street NW<br>Washington, DC 20001<br>202-639-7909<br>john.taladay@bakerbotts.com |
| **Via CM/ECF**<br>Leif Reid<br>**Lewis Roca Rothgerber LLP**<br>One East Liberty Street, Suite 300<br>Reno, NV 89501<br>775-321-3415<br>Fax: 775-823-2929<br>lreid@lewisroca.com | **Via CM/ECF**<br>Kelsey Ann Paine<br>**Baker Botts LLP**<br>700 K Street, NW<br>Washington, DC 20001<br>202-639-7738<br>kelsey.paine@bakerbotts.com |
| **Via CM/ECF**<br>Kristen L. Martini<br>**Lewis Roca Rothgerber Christie LLP**<br>One E. Liberty Street, Suite 300<br>Reno, NV 89501<br>775-823-2900<br>Fax: 775-823-2929<br>kmartini@lewisroca.com | **Via CM/ECF**<br>Megan Elizabeth Tankel<br>**Baker Botts L.L.P**<br>700 K Street, NW<br>Washington, DC 20001<br>202-639-1107<br>megan.tankel@bakerbotts.com |
| **Via CM/ECF**<br>David Alexander Papirnik<br>51 W 52nd Street<br>New York, NY 10019<br>347-604-7963<br>dapapirnik@wlrk.com | **Via CM/ECF**<br>Debra Spinelli<br>**Pisanelli Bice PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>702-214-2100<br>DLS@pisanellibice.com |

| | |
|---|---|
| **Via CM/ECF**<br>Kevin S. Schwartz<br>**Wachtell, Lipton, Rosen & Katz**<br>51 West 52nd Street<br>New York, NY 10019<br>212-403-1062<br>kschwartz@wlrk.com | **Via CM/ECF**<br>James J. Pisanelli<br>**Pisanelli Bice PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>702-214-2100<br>Fax: 702-214-2101<br>lit@pisanellibice.com |
| **Via CM/ECF**<br>Nicholas J. Santoro<br>**Holley Driggs**<br>300 South 4th Street, Ste 1600<br>Las Vegas, NV 89101<br>702-791-0308<br>Fax: 702-791-1912<br>nsantoro@nevadafirm.com | **Via CM/ECF**<br>Akhil Kumar Gola<br>**Kirkland & Ellis LLP**<br>1301 Pennsylvania Avenue NW<br>Washington, DC 20004<br>202-879-5000<br>akhil.gola@kirkland.com |
| **Via CM/ECF**<br>Margarita Elias<br>**Holley Driggs**<br>300 South 4th Street, Ste 1600<br>Las Vegas, NV 89101<br>702-791-0308<br>Fax: 702-791-1912<br>melias@nevadafirm.com | **Via CM/ECF**<br>Devora Allon<br>**Kirkland & Ellis LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>212-446-5967<br>devora.allon@kirkland.com |
| **Via CM/ECF**<br>Boris Bershteyn<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3834<br>boris.bershteyn@skadden.com | **Via CM/ECF**<br>Jeffrey J. Zeiger<br>**Kirkland & Ellis LLP**<br>300 North LaSalle<br>Chicago, IL 60654<br>312-862-3237<br>jzeiger@kirkland.com |
| **Via CM/ECF**<br>Jay P. Srinivasan<br>**Gibson, Dunn & Crutcher LLP**<br>333 South Grand Ave<br>Los Angeles, CA 90017-3197<br>jsrinivasan@gibsondunn.com | **Via CM/ECF**<br>Bradley T Austin<br>**Snell & Wilmer LLP**<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>702-784-5200<br>Fax: 702-784-5252<br>baustin@swlaw.com |

| | |
|---|---|
| **Via CM/ECF**<br>Karen Hoffman Lent<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>karen.lent@skadden.com | **Via CM/ECF**<br>F. Thomas Edwards<br>**Holley Driggs**<br>300 S 4th, Suite 1600<br>Las Vegas, NV 89101<br>702-792-0308 Fax: 702-791-1912<br>tedwards@nevadafirm.com |
| **Via CM/ECF**<br>Samuel Grant Liversidge<br>**Gibson Dunn & Crutcher LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>213-229-7420<br>Fax: 213-229-6420<br>sliversidge@gibsondunn.com | **Via CM/ECF**<br>Stephen C. Whittaker<br>**Gibson, Dunn & Crutcher LLP**<br>3161 Michelson Dr., Ste. 1200<br>Irvine, CA 92612<br>949-451-4337<br>Fax: 949-475-4647<br>cwhittaker@gibsondunn.com |
| **Via CM/ECF**<br>W. West Allen<br>**Howard & Howard Attorneys PLLC**<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>702-667-4843<br>Fax: 702-567-1568<br>wwa@h2law.com | |

| *John Mellor v. Permian Resources Corp., et al., Case No. 2:24-cv-00253-MMD-MDC* ||
|---|---|
| *Plaintiffs' Counsel:* | |
| **Via CM/ECF**<br>Mark J Bourassa<br>Valerie Christian<br>Jenifer A. Fornetti<br>**The Bourassa Law Group, LLC**<br>2350 W Charleston Blvd, Suite 100<br>Las Vegas, NV 89102<br>(702) 851-2180<br>Fax: (702) 851-2189<br>mbourassa@blgwins.com<br>vchristian@blgwins.com<br>jfornetti@blgwins.com | **Via CM/ECF**<br>Raymond S. Levine<br>Todd Schneider<br>**Schneider Wallace Cottrell Konecky LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, CA<br>rlevine@schneiderwallace.com<br>tschneider@schneiderwallace.com |

| | |
|---|---|
| **Via CM/ECF**<br>Matthew Sinclair Weiler<br>**The Joseph Saveri Law Firm, Inc.**<br>555 Montgomery Street, Suite 1210<br>San Francisco, CA 94111<br>415-500-6800 x513<br>mweiler@saverilawfirm.com | **Via CM/ECF**<br>Stuart George Gross<br>Travis Smith<br>**Gross Klein PC**<br>The Embarcadero, Pier 9, Suite 100<br>San Francisco, CA 94111<br>415-671-4628<br>sgross@grosskleinlaw.com<br>tsmith@grosskleinlaw.com |
| *Defendants' Counsel:* | |
| **Via CM/ECF**<br>Bradley T Austin<br>**Snell & Wilmer LLP**<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>702-784-5200<br>baustin@swlaw.com | **Via CM/ECF**<br>Samuel Grant Liversidge<br>**Gibson Dunn & Crutcher LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>213-229-7420<br>Fax: 213-229-6420<br>sliversidge@gibsondunn.com |
| **Via CM/ECF**<br>Boris Bershteyn<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3834<br>boris.bershteyn@skadden.com | **Via CM/ECF**<br>Stephen C. Whittaker<br>**Gibson, Dunn & Crutcher LLP**<br>3161 Michelson Dr., Ste. 1200<br>Irvine, CA 92612<br>949-451-4337<br>Fax: 949-475-4647<br>cwhittaker@gibsondunn.com |
| **Via CM/ECF**<br>Jay P. Srinivasan<br>**Gibson, Dunn & Crutcher LLP**<br>333 South Grand Ave<br>Los Angeles, CA 90017-3197<br>213-229-7520<br>jsrinivasan@gibsondunn.com | **Via CM/ECF**<br>W. West Allen<br>**Howard & Howard Attorneys PLLC**<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>702-667-4843<br>Fax: 702-567-1568<br>wwa@h2law.com |
| **Via CM/ECF**<br>Karen Hoffman Lent<br>**Skadden, Arps. Slate, Meagher & Flom LLP**<br>One Manhattan West<br>New York, NY 10001<br>212-735-3276<br>karen.lent@skadden.com | |
| ***Patrick Brown, et al. v. Permian Resources Corp., et al., Case No. 1:24-cv-00430-LF-KK*** | |
| *Plaintiffs' Counsel:* | |

| | |
|---|---|
| **Via CM/ECF**<br>Carl Malmstrom<br>**Wolf Haldenstein Adler Freeman & Herz LLC**<br>111 W. Jackson Blvd., Suite 1700<br>Chicago, IL 60604<br>312-984-0000<br>Fax: 212-686-0114<br>malmstrom@whafh.com | |
| *Barbara MacDowell, et al. v. Permian Resources Corp., et al., Case No. 2:24-cv-00325-MMDMDC* ||
| *Plaintiffs' Counsel:* | |
| **Via CM/ECF**<br>Diana J. Zinser<br>**Spector Roseman & Kodroff, P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>215-496-0300<br>Fax: 215-496-6611<br>dzinser@srkattorneys.com | **Via CM/ECF**<br>Christopher Turtzo<br>**Littler Mendelson, PC**<br>3960 Howard Hughes Parkway, Suite 300<br>Las Vegas, NV 89109<br>702-405-8100<br>turtzo@morrissullivanlaw.com |
| **Via CM/ECF**<br>Jeffrey L. Spector<br>**Spector Roseman & Kodroff, P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>215-496-0300<br>Fax: 215-496-6611<br>jspector@srkattorneys.com | **Via CM/ECF**<br>Garrett D. Blanchfield, Jr<br>**Reinhardt Wendorf & Blanchfield**<br>80 South 8th Street, Suite 900<br>Minneapolis, MN 55402<br>651-287-2100<br>g.blanchfield@rwblawfirm.com |
| **Via CM/ECF**<br>William G. Caldes<br>**Spector Roseman & Kodroff, P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>215-496-0300<br>Fax: 215-496-6611<br>bcaldes@srkattorneys.com | **Via CM/ECF**<br>Roberta A. Yard<br>**Reinhardt Wendorf & Blanchfield**<br>80 South 8th Street, Suite 900<br>Minneapolis, MN 55402<br>651-287-2100<br>r.yard@rwblawfirm.com |
| **Via CM/ECF**<br>William A. Gonzales<br>**Saltzman Mugan Dushoff**<br>1835 Village Center Circle<br>Las Vegas, NV 89134<br>702-405-8500<br>Fax: 702-405-8501<br>wgonzales@nvbusinesslaw.com | **Via CM/ECF**<br>Matthew T. Dushoff<br>**Saltzman Mugan Dushoff**<br>1835 Village Center Circle<br>Las Vegas, NV 89134<br>702-405-8500<br>Fax: 702-405-8501<br>mdushoff@nvbusinesslaw.com |

| | |
|---|---|
| **VIA CM/ECF**<br>David P. McLafferty<br>**McLafferty Law Firm, P.C.**<br>923 Fayette Street<br>Conshohocken, PA 19428<br>dmclafferty@mclaffertylaw.com | |
| *Defendants' Counsel:* | |
| **Via CM/ECF**<br>W. West Allen<br>**Howard & Howard Attorneys PLLC**<br>3800 Howard Hughes Parkway<br>Suite 1000<br>Las Vegas, NV 89169<br>702-667-4843<br>Fax: 702-567-1568<br>wwa@h2law.com | |
| *Clerks of Court* | |
| **Via U.S. Mail**<br>Clerk of Court<br>United States District Court District of Nevada (Las Vegas Division)<br>333 Las Vegas Blvd.<br>South Las Vegas, Nevada 98101 | **Via U.S. Mail**<br>Clerk of Court<br>United States District Court<br>District of New Mexico<br>Pete V. Domenici US Court House<br>333 Lomas Blvd NW, Suite 270<br>Albuquerque, New Mexico 87102 |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: June 3, 2024

Respectfully submitted,

*s/ Patrick McGahan*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick McGahan (*pro hac vice*)
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
pmcgahan@scott-scott.com

***Counsel for Plaintiffs Daniel Rosenbaum, Reneldo Rodriguez, Thomas Caron***