# Exhibit B

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION | MDL No. 3119 |

**DECLARATION OF MIRANDA RIMER OF PERMIAN RESOURCES CORPORATION IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFF FOOS, ET AL.'S MOTION TO TRANSFER RELATED ACTIONS FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS**

I, Miranda Rimer, declare as follows:

1. I am the Senior Human Resources Business Partner for defendant Permian Resources Corporation ("Permian"), a defendant in that certain action styled *Rosenbaum v. Permian Resources Corp., et al.*, Case No. 2:24-cv-00103-MMD-MDC and each of the cases identified in the Schedule of Related Actions filed with the motion of Plaintiffs Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson, and Mackey and Sons Inc pursuant to 28 U.S.C. § 1407 for an order transferring and centralizing all currently filed related actions to the Hon. Matthew L. Garcia of the District of New Mexico (Albuquerque), or another judge in that district ("Plaintiffs' Motion to Transfer"). I submit this declaration in support of Defendants' Joint Response to Plaintiffs' Motion to Transfer. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to them.

2. Permian was formed as a merger between Centennial Resource Development, Inc. ("Centennial"), and Colgate Energy Partners III, LLC ("Colgate") in a transaction completed on September 1, 2022.

3.  Permian is a publicly traded Delaware corporation headquartered in Midland, Texas.

4.  Permian maintains its headquarters office in Midland, Texas, which I am informed and believe is in the Midland/Odessa Division of the Western District of Texas. Approximately 40% of Permian's employees currently work from its Midland headquarters office, including 12 of Permian's 14 total officers.

5.  Permian also maintains an office in Pecos, Texas, which I am informed and believe also sits in the Western District of Texas. Approximately 9% of Permian's employees work from its Pecos office.

6.  Permian also maintains an office in San Angelo, Texas, which I am informed and believe sits in the Northern District of Texas. Approximately 18% of Permian's employees work from its San Angelo office.

7.  Permian also maintains an office in The Woodlands, Texas, which I am informed and believe sits in the Southern District of Texas. Approximately 9% of Permian's employees work from its Woodlands office.

8.  Permian's only other offices are located in Eunice, New Mexico and Denver, Colorado. Only approximately 5% of Permian's employees work from its Eunice, New Mexico office.

9.  Permian produces all of its oil exclusively in the Permian Basin, which is located primarily in western Texas but also partially in southeastern New Mexico. In terms of acreages devoted to oil production, approximately 70% of Permian's production acreage is in Texas, with the remaining 30% located in New Mexico.

10. All of Permian's major oil production-related decisions are taken out of Permian's Midland, Texas headquarters office, where nearly all of its officers sit. To the extent documents and data related to those production decisions exist, they would be located primarily if not exclusively in Permian's Midland office.

11. Permian's largest oil customers on a revenue basis are either headquartered internationally, in the case of BP and Shell, or in Houston, Texas, in the case of Enterprise Products and Kinetik Holdings.

12. I am informed and believe that Mark Papa is referenced in the *Rosenbaum* complaint and one or more additional complaints that are the subject of Plaintiffs' Motion to Transfer. Mr. Papa is the former CEO of Centennial, a role he retired from in 2019. I am informed and believe that Mr. Papa subsequently served on the Board of Directors of the oilfield services company SLB, but as of 2023 was fully retired and lives in Sugar Land, Texas, which I am informed and believe sits in the Southern District of Texas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Midland, Texas, on May 31, 2024.

By: _____
MIRANDA RIMER