## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: SHALE OIL ANTITRUST LITIGATION** | MDL NO. 3119 |

### PLAINTIFF THESE PAWS WERE MADE FOR WALKIN' LLC'S INTERESTED PARTY RESPONSE TO MOTION FOR TRANSFER AND CONSOLIDATION OF SHALE ANTITRUST LITIGATION PURSUANT TO 28 U.S.C. § 1407

Plaintiffs Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson, and Mackey and Sons Inc. (collectively, "Foos Plaintiffs") filed a Motion to Transfer Related Actions for Consolidated or Coordinated Pretrial Proceedings to the District of New Mexico. Plaintiffs Daniel Rosenbaum, Renaldo Rodriguez, and Thomas Caron have filed a Response to the Foos Plaintiffs' motion supporting transfer of the Related Actions to a different District Court, namely the District of Nevada, pursuant to 28 U.S.C. § 1407.

Interested Party Plaintiff These Paws Were Made For Walkin' LLC hereby joins in Plaintiffs Daniel Rosenbaum, Renaldo Rodriguez, and Thomas Caron's Response Memorandum in Support of Transfer and Centralization of Related Actions Pursuant to 28 U.S.C. § 1407 (Docket Entry No. 52), for all reasons therein, and supports centralization in a different District Court, namely the District of Nevada (Las Vegas Division).

Dated: June 3, 2024 Respectfully submitted,

*/s/ Brian D. Clark*

Brian D. Clark
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com

*Attorney for Plaintiff These Paws Were Made For Walkin' LLC*