BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: SHALE OIL ANTITRUST LITIGATION** | MDL NO. 3119 |

### PLAINTIFFS ANDREW CAPLEN INSTALLATIONS, LLC; EDWARD ALLEGRETTI D/B/A ALFRED AUTO CENTER; AND WESTERN CAB COMPANY'S INTERESTED PARTY RESPONSE TO MOTION FOR TRANSFER AND CONSOLIDATION OF SHALE ANTITRUST LITIGATION PURSUANT TO 28 U.S.C. § 1407

Plaintiffs Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson, and Mackey and Sons Inc. (collectively, "Foos Plaintiffs") filed a Motion to Transfer Related Actions for Consolidated or Coordinated Pretrial Proceedings to the District of New Mexico. Plaintiffs Daniel Rosenbaum, Renaldo Rodriguez, and Thomas Caron have filed a Response to the Foos Plaintiffs' motion supporting transfer of the Related Actions to a different District Court, namely the District of Nevada, pursuant to 28 U.S.C. § 1407.

Interested Party Plaintiffs Andrew Caplen Installations, LLC; Edward Allegretti d/b/a Alfred Auto Center; and Western Cab Company hereby join in Plaintiffs Daniel Rosenbaum, Renaldo Rodriguez, and Thomas Caron's Response Memorandum in Support of Transfer and Centralization of Related Actions Pursuant to 28 U.S.C. § 1407 (Docket Entry No. 52), for all reasons therein and support centralization in the District of Nevada (Las Vegas Division).

| | |
|---|---|
| Dated: June 3, 2024 | Respectfully submitted, |

/s/ Michael Eisenkraft
Michael Eisenkraft
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street ● Fourteenth Floor
New York, NY 10005
(212) 838-7797
meisenkraft@cohenmilstein.com

*Attorney for Plaintiffs Andrew Caplen Installations LLC, Edward Allegretti d/b/a Alfred Auto Center, and Western Cab Company*