BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION | MDL NO. 3119 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on June 3, 2024, a copy of the foregoing was served via the Court's CM/ECF filing system on all parties of record in the above-captioned matter.

Dated: June 3, 2024

Respectfully submitted,

/s/ Michael Eisenkraft
Michael Eisenkraft
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street ● Fourteenth Floor
New York, NY 10005
(212) 838-7797
meisenkraft@cohenmilstein.com

*Attorney for Plaintiffs Andrew Caplen Installations LLC, Edward Allegretti d/b/a Alfred Auto Center, and Western Cab Company*