**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: SHALE OIL ANTITRUST LITIGATION** | MDL Docket No. 3119 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, Jeffrey L. Spector, hereby certify that on June 3, 2024, I caused a copy of the foregoing Plaintiffs Barbara and Phillip MacDowell's Interested Party Response to Motion for Transfer and Consolidation of Shale Antitrust Litigation Pursuant To 28 U.S.C. § 1407 to be filed and served electronically via the CM/ECF system as indicated below, upon the parties listed on the attached service list.

Dated:  June 3, 2024                                          Respectfully submitted,

/s/ *Jeffrey L. Spector*
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street
Suite 3420
Philadelphia, PA 19103
Tel:  215-496-0300
Fax:  215-496-6611
jspector@srkattorneys.com

*Counsel for Plaintiffs, Barbara and Phillip MacDowell, individually and on behalf of all others similarly situated, (MacDowell v. Permian Resources Corp., et al., Case No. 2:24-cv-00325-MMD-MDC, D. Nev.)*

**SERVICE LIST**

| *Via* ECF ||
|---|---|
| Warren T. Burns<br>Daniel H. Charest<br>**BURNS CHAREST LLP**<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202<br>wburns@burnscharest.com<br>dcharest@burnscharest.com<br><br>Korey Nelson<br>**BURNS CHAREST LLP**<br>365 Canal Street, Suite 1170<br>New Orleans, Louisiana 70130<br>knelson@burnscharest.com<br><br>Rex A. Sharp<br>Isaac L. Diel<br>W. Greg Wright<br>Brandon C. Landt<br>Hammons P. Hepner<br>**SHARP LAW LLP**<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>rsharp@midwest-law.com<br>idiel@midwest-law.com<br>gwright@midwest-law.com<br>blandt@midwest-law.com<br>hhepner@midwest-law.com<br><br>Steven N. Williams<br>Kai'Ree K. Howard<br>**STEVEN WILLIAMS LAW, P.C.**<br>201 Spear Street, Suite 1100<br>San Francisco, California 94105<br>swilliams@stevenwilliamslaw.com<br>khoward@stevenwilliamslaw.com<br><br>Christopher A. Dodd<br>**DODD LAW OFFICE, LLC**<br>500 Marquette Avenue NW, Suite 1330<br>Albuquerque, New Mexico 87102<br>chris@doddnm.com<br><br>**Counsel for Plaintiffs** *Matthew E. Foos, et al. v. Permian Resources Corp., et al.*, Case No. 1:24-cv-00361-MLG-LF, D.N.M. | Patrick Coughlin<br>Carmen Medici<br>Fatima Brizuela<br>Daniel J. Brockwell<br>**SCOTT+SCOTT**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>pcoughlin@scott−scott.com<br>cmedici@scott−scott.com<br>fbrizuela@scott−scott.com<br>dbrockwell@scott−scott.com<br><br>Patrick McGahan<br>Michael Srodoski<br>Isabella De Lisi<br>**SCOTT+SCOTT**<br>156 S Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>pmcgahan@scott-scott.com<br>msrodoski@scott-scott.com<br>idelisi@scott-scott.com<br><br>Patrick James Rodriguez<br>**SCOTT+SCOTT**<br>The Helmsley Building<br>230 Park Avenue<br>17th Floor<br>New York, NY 10169<br>prodriguez@scott−scott.com<br><br>Christopher A Turtzo<br>**MORRIS, SULLIVAN & LEMKUL, LLP**<br>3960 Howard Hughes Parkway, Suite 420<br>Las Vegas, NV 89169<br>turtzo@morrissullivanlaw.com<br><br>**Counsel for Plaintiffs** *Rosenbaum et al v. Permian Resources Corp. et al.*, Case No. 2:24-cv-00103-MMD-MDC D. Nev. |

2

| | |
|---|---|
| Robert T Eglet<br>Robert M. Adams<br>Artemus W. Ham, IV<br>Erica Entsminger<br>**EGLET ADAMS EGLET HAM HENRIOD**<br>400 S. 7th Street, Suite 400<br>Las Vegas, NV 89101<br>badams@egletlaw.com<br>aham@egletlaw.com<br>eentsminger@egletlaw.com<br>reglet@egletlaw.com<br><br>Brent W. Johnson<br>Robert W Cobbs<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Ave. NW, Suite 500<br>Washington, DC 20005<br>bjohnson@cohenmilstein.com<br>rcobbs@cohenmilstein.com<br><br>Michael B. Eisenkraft<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>meisenkraft@cohenmilstein.com<br><br>**Counsel for Plaintiff** *Western Cab Company v. Permian Resources Corp., et al.*, Case No. 2:24-cv-00401-GMN-MDC, D. Nev. | Mark J. Bourassa<br>Jennifer A. Fornetti<br>Valerie S. Christian<br>**THE BOURASSA LAW GROUP**<br>2350 W. Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89102<br>mbourassa@blgwins.com<br>jfornetti@blgwins.com<br>vchristian@blgwins.com<br><br>Stuart G. Gross<br>Travis H. Smith<br>**GROSS KLEIN PC**<br>The Embarcadero<br>Pier 9, Suite 100<br>San Francisco, CA 94111<br>sgross@grosskleinlaw.com<br>tsmith@grosskleinlaw.com<br><br>Todd M. Schneider<br>Matthew S. Weiler<br>**SCHNEIDER WALLACE COTTRELL KONECKY, LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>tschneider@schneiderwallace.com<br>mweiler@schneiderwallace.com<br><br>**Counsel for Plaintiff** *Mellor v. Permian Resources Corp., et al.*, Case No. 2:24-cv-00253-MMD-MDC, D. Nev. |

| | |
|---|---|
| Robert T. Eglet, NV Bar No. 3402<br>Artemus W. Ham, IV; NV Bar No. 7001<br>Erica D. Entsminger; NV Bar No. 7432<br>**EGLET ADAMS EGLET HAM & HENRIOD**<br>400 South Street, Suite 400<br>Las Vegas, Nevada 89101<br>eservice@egletlaw.com<br><br>Brent W. Johnson<br>Benjamin Brown<br>Robert W. Cobbs<br>Nina Jaffe-Geffner<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue NW, 5th Floor<br>Washington, DC 20005<br>bjohnson@cohenmilstein.com<br>bbrown@cohenmilstein.com<br>rcobbs@cohenmilstein.com<br>njaffegeffner@cohenmilstein.com<br><br>Michael Eisenkraft<br>Christopher Bateman<br>Aaron Marks<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>88 Pine Street, 14th Floor<br>New York, New York 10005<br>meisenkraft@cohenmilstein.com<br>cbateman@cohenmilstein.com<br>amarks@cohenmilstein.com<br><br>**Counsel for Plaintiffs** *Andrew Caplen Installations LLC et al v. Permian Resources Corp. et al.*, Case No. 2:24-cv-00150-GMN-MDC, D. Nev. | Robert F. Purdy, NV Bar No. 6097<br>**LAW OFFICES OF ANDREW M. LEAVITT, ESQ.**<br>633 South Seventh Street<br>Las Vegas, NV 89101<br>Robert.Purdy@andrewleavittlaw.com<br><br>Matthew W. Ruan<br>Douglas A. Millen<br>Michael E. Moskovitz<br>Nia-Imara Binns<br>**FREED KANNER LONDON & MILLEN LLC**<br>100 Tri-State International, Suite 128<br>Lincolnshire, IL 60069<br>mruan@fklmlaw.com<br>dmillen@fklmlaw.com<br>mmoskovitz@fklmlaw.com<br>nbinns@fklmlaw.com<br><br>Kimberly A. Justice<br>Jonathan M. Jagher<br>**FREED KANNER LONDON & MILLEN LLC**<br>923 Fayette Street<br>Conshohocken, Pennsylvania 19428<br>kjustice@fklmlaw.com<br>jjagher@fklmlaw.com<br><br>Jonathan M. Shapiro<br>**AETON LAW PARTNERS LLP**<br>311 Centerpoint Drive<br>Middletown, Connecticut 06475<br>jms@aetonlaw.com<br><br>**Counsel for Plaintiffs** *Courtmanche et al. v. Permian Resources Corp. et al.,* Case No. 2:24-cv-00198-MMD-MDC, D. Nev. |

| | |
|---|---|
| Robert F. Purdy<br>**LAW OFFICES OF ANDREW M. LEAVITT, ESQ.**<br>633 South Seventh Street<br>Las Vegas, NV 89101<br>Robert.purdy@andrewleavittlaw.com<br><br>Jennifer Sprengel<br>Daniel O. Herrera<br>Kaitlin Naughton<br>**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**<br>135 South LaSalle Street, Suite 3210<br>Chicago, IL 60603<br>jsprengel@caffertyclobes.com<br>dherrera@caffertyclobes.com<br>knaughton@caffertyclobes.com<br><br>**Counsel for Plaintiff** *Olsen Santillo v. Permian Resources Corp., et al.*, Case No. 2:24-cv-00279-MMD-MDC, D. Nev. | Martin A. Muckleroy<br>**MUCKLEROY LUNT, LLC**<br>6077 S. Fort Apache Road, Suite 140<br>Las Vegas, NV 89148<br>martin@muckleroylunt.com<br><br>Brian D. Clark<br>Rebecca A. Peterson<br>Stephen J. Teti<br>Arielle S. Wagner<br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>bdclark@locklaw.com<br>rapeterson@locklaw.com<br>sjteti@locklaw.com<br>aswagner@locklaw.com<br><br>**Counsel for Plaintiff** *These Paws Were Made for Walkin' LLC v. Permian Resources Corp. et al.*, Case No. 2:24-cv-00164-GMN-MDC, D. Nev. |
| Daniel L. Warshaw<br>Bobby Pouya<br>**PEARSON WARSHAW, LLP**<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, California 91403<br>dwarshaw@pwfirm.com<br>bpouya@pwfirm.com<br><br>Jill M. Manning<br>Neil J. Swartzberg<br>**PEARSON WARSHAW, LLP**<br>555 Montgomery Street, Suite 1205<br>San Francisco, California 94111<br>jmanning@pwfirm.com<br>nswartzberg@pwfirm.com<br><br>**Counsel for Plaintiff** *Beaumont. v. Permian Resources Corp., et al.*, Case No. 2:24-cv-00298-MMD-MDC, D. Nev. | Carl Malmstrom<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**<br>111 W. Jackson Boulevard, Suite 1700<br>Chicago, IL 60604<br>malmstrom@whafh.com<br><br>Thomas H. Burt<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>270 Madison Avenue<br>New York, NY 10016<br>burt@whafh.com<br><br>**Counsel for Plaintiffs** *Patrick Brown, et al. v.*<br>*Permian Resources Corp., et al.,* Case No. 1:24-cv-00430-LF-KK, D.N.M. |

| | |
|---|---|
| Michael W. Scarborough<br>Dylan I. Ballard<br>**VINSON & ELKINS LLP**<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>mscarborough@velaw.com<br>dballard@velaw.com<br><br>Craig P. Seebald<br>Stephen M. Medlock<br>**VINSON & ELKINS LLP**<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, DC 20037<br>cseebald@velaw.com<br>smedlock@velaw.com<br><br>Kristen T. Gallagher<br>**McDONALD CARANO LLP**<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>kgallagher@mcdonaldcarano.com<br><br>**Counsel for Defendant**<br>*PERMIAN RESOURCES CORPORATION* | Samuel G. Liversidge<br>Jay P. Srinivasan<br>S. Christopher Whittaker<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>sliversidge@gibsondunn.com<br>jsrinivasan@gibsondunn.com<br>cwhittaker@gibsondunn.com<br><br>Boris Bershteyn<br>Karen Hoffman Lent<br>**SKADDEN, ARPS, SLATE, MEAGHER &**<br>**FLOM LLP**<br>One Manhattan West<br>New York, NY 10001-8602<br>boris.bershteyn@skadden.com<br>karen.lent@skadden.com<br><br>W. WEST ALLEN<br>**HOWARD & HOWARD ATTORNEYS PLLC**<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Wallen@howardandhoward.com<br><br>**Counsel for Defendant**<br>*PIONEER NATURAL RESOURCES COMPANY* |
| Marguerite M. Sullivan<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004<br>Marguerite.Sullivan@lw.com<br><br>Lawrence E. Buterman<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Lawrence.Buterman@lw.com<br><br>**Counsel for Defendant**<br>CHESAPEAKE ENERGY CORPORATION | Kyle A. Casazza<br>**PROSKAUER ROSE LLP**<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010<br>kcasazza@proskauer.com<br><br>Michael Burrage<br>**WHITTEN BURRAGE**<br>512 North Broadway Avenue, Suite 300<br>Oklahoma City, OK 73102<br>mburrage@whittenburragelaw.com<br><br>**Counsel for Defendant**<br>CONTINENTAL RESOURCES, INC. |

| | |
|---|---|
| Kristen L. Martini<br>E. Leif Reid<br>**LEWIS ROCA LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>lreid@lewisroca.com<br><br>Jeffrey L. Kessler<br>Jeffrey J. Amato<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, New York 10166<br>jkessler@winston.com<br>jamato@winston.com<br><br>Thomas M. Melsheimer<br>Thomas B. Walsh, IV<br>**WINSTON & STRAWN LLP**<br>2121 N. Pearl Street, Suite 900<br>Dallas, TX 75201<br>tmelsheimer@winston.com<br>twalsh@winston.com<br><br>**Counsel for Defendant**<br>DIAMONDBACK ENERGY, INC. | John M. Taladay<br>Christopher Wilson<br>Kelsey Paine<br>Megan Tankel<br>**BAKER BOTTS L.L.P.**<br>700 K Street N.W.<br>Washington, D.C. 20001-5692<br>john.taladay@bakerbotts.com<br>christopher.wilson@bakerbotts.com<br>kelsey.paine@bakerbotts.com<br>megan.tankel@bakerbotts.com<br><br>James J. Pisanelli, Esq.<br>Debra L. Spinelli, Esq.<br>**PISANELLI BICE PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br>jjp@pisanellibice.com<br>dls@pisanellibice.com<br><br>**Counsel for Defendant**<br>EOG RESOURCES, INC. |

| | |
|---|---|
| Nicholas J. Santoro<br>F. Thomas Edwards<br>**HOLLEY DRIGGS LTD**<br>300 South 4th Street, Suite 1600<br>Las Vegas, Nevada 89101<br>nsantoro@nevadafirm.com<br>tedwards@nevadafirm.com<br><br>Kevin S. Schwartz<br>David A. Papirnik<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, New York 10019<br>kschwartz@wlrk.com<br>dapapirnik@wlrk.com<br><br>**Counsel for Defendant**<br>HESS CORPORATION | Patrick G. Byrne<br>Bradley T. Austin<br>**SNELL & WILMER L.L.P.**<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>pbyrne@swlaw.com<br>baustin@swlaw.com<br><br>Devora W. Allon<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>devora.allon@kirkland.com<br><br>Jeffrey J. Zeiger<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, IL 60654<br>jzeiger@kirkland.com<br><br>Akhil K. Gola<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>akhil.gola@kirkland.com<br><br>**Counsel for Defendant**<br>OCCIDENTAL PETROLEUM CORPORATION |