BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: SHALE OIL ANTITRUST LITIGATION** | MDL NO. 3119 |

### PLAINTIFFS BRIAN COURTMANCHE, LAURA FABER, JOSSELYN'S GETAWAY LOG CABINS LLC, PATRICIA MANCIERI, AND DAVID SILVER'S INTERESTED PARTY RESPONSE TO MOTION FOR TRANSFER AND CONSOLIDATION OF SHALE ANTITRUST LITIGATION PURSUANT TO 28 U.S.C. § 1407

Plaintiffs Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson, and Mackey and Sons Inc. (collectively, "Foos Plaintiffs") filed a Motion to Transfer Related Actions for Consolidated or Coordinated Pretrial Proceedings to the District of New Mexico. Plaintiffs Daniel Rosenbaum, Renaldo Rodriguez, and Thomas Caron have filed a Response to the Foos Plaintiffs' motion supporting transfer of the Related Actions to a different District Court, namely the District of Nevada, pursuant to 28 U.S.C. § 1407.

Interested Party Plaintiffs Brian Courtmanche, Laura Faber, Josselyn's Getaway Log Cabins LLC, Patricia Mancieri, and David Silver hereby join in Plaintiffs Daniel Rosenbaum, Renaldo Rodriguez, and Thomas Caron's Response Memorandum in Support of Transfer and Centralization of Related Actions Pursuant to 28 U.S.C. § 1407 (Docket Entry No. 52), for all reasons therein and support centralization in the District of Nevada (Las Vegas Division).

Dated: June 3, 2024

Respectfully submitted,

/s/  Matthew W. Ruan
Matthew W. Ruan
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500
mrun@fklmlaw.com

*Attorney for Plaintiffs Brian Courtmanche, Laura Faber, Josselyn's Getaway Log Cabins LLC, Patricia Mancieri, and David Silver*