**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: SHALE OIL ANTITRUST LITIGATION** | MDL NO. 3119 |

**PLAINTIFF RICHARD BEAUMONT'S INTERESTED PARTY RESPONSE TO MOTION FOR TRANSFER AND CONSOLIDATION OF SHALE ANTITRUST LITIGATION PURSUANT TO 28 U.S.C. § 1407**

Plaintiffs Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson, and Mackey and Sons Inc. (collectively, "Foos Plaintiffs") filed a Motion to Transfer Related Actions for Consolidated or Coordinated Pretrial Proceedings to the District of New Mexico. Plaintiffs Daniel Rosenbaum, Renaldo Rodriguez, and Thomas Caron have filed a Response to the Foos Plaintiffs' motion supporting transfer of the Related Actions to a different District Court, namely the District of Nevada, pursuant to 28 U.S.C. § 1407.

Interested Party Plaintiff Richard Beaumont hereby join in Plaintiffs Daniel Rosenbaum, Renaldo Rodriguez, and Thomas Caron's Response Memorandum in Support of Transfer and Centralization of Related Actions Pursuant to 28 U.S.C. § 1407 (Docket Entry No. 52), for all reasons therein and support centralization in the District of Nevada (Las Vegas Division).

1014149.1

|  |  |
|---|---|
| Dated: June 4, 2024 | Respectfully submitted, |

/s/ Bobby Pouya

Bobby Pouya
**PEARSON WARSHAW LLP**
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
(818) 390-0287
bpouya@pwfirm.com

*Attorney for Plaintiff Richard Beaumont*

1014149.1