BEFORE THE UNITED STATES JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Shale Oil Antitrust Litigation | MDL No. 3119 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **PLAINTIFF RICHARD BEAUMONT'S INTERESTED PARTY RESPONSE TO MOTION FOR TRANSFER AND CONSOLIDATION OF SHALE ANTITRUST LITIGATION PURSUANT TO 28 U.S.C. § 1407** was served on all parties in the following cases electronically via CMF/ECF, or as indicated via U.S. Mail on the Service List below on June 4, 2024.

Dated: June 4, 2024                            **PEARSON WARSHAW, LLP**

By:   */s/ Bobby Pouya*
           BOBBY POUYA

BOBBY POUYA
  bpouya@pwfirm.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
T: (818) 788-8300
F: (818) 788-8104

*Counsel for Plaintiff Richard Beaumont*

1

## SERVICE LIST

| PARTY AND/OR COUNSEL | MANNER OF SERVICE |
|---|---|
| PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.<br>300 N. Marienfeld Street<br>Suite 1000<br>Midland, TX 79701<br><br>*Defendant* | Via Mail |
| CHESAPEAKE ENERGY CORPORATION<br>6100 N Western Avenue<br>Oklahoma City, OK 73118<br><br>*Defendant* | Via Mail |
| CONTINENTAL RESOURCES INC<br>20 North Broadway Avenue<br>Oklahoma City, OK 73102<br><br>*Defendant* | Via Mail |
| DIAMONDBACK ENERGY, INC.<br>500 West Texas Avenue<br>Suite 100<br>Midland, TX 79701<br><br>*Defendant* | Via Mail |
| EOG RESOURCES, INC.<br>1111 Babby Street<br>Sky Lobby 2<br>Houston, TX 77002<br><br>*Defendant* | Via Mail |
| HESS CORPORATION<br>1185 Avenue Of The Americas<br>Floor 40<br>New York, NY 10036<br><br>*Defendant* | Via Mail |