BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: SHALE OIL ANTITRUST LITIGATION** | MDL NO. 3119 |

## PLAINTIFF LAURIE OLSEN SANTLLO'S INTERESTED PARTY RESPONSE TO MOTION FOR TRANSFER AND CONSOLIDATION OF SHALE ANTITRUST LITIGATION PURSUANT TO 28 U.S.C. § 1407

Plaintiffs Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson, and Mackey and Sons Inc. (collectively, "Foos Plaintiffs") filed a Motion to Transfer Related Actions for Consolidated or Coordinated Pretrial Proceedings to the District of New Mexico. Plaintiffs Daniel Rosenbaum, Renaldo Rodriguez, and Thomas Caron have filed a Response to the Foos Plaintiffs' motion supporting transfer of the Related Actions to a different District Court, namely the District of Nevada, pursuant to 28 U.S.C. § 1407.

Interested Party Plaintiff Laurie Olsen Santillo hereby joins in Plaintiffs Daniel Rosenbaum, Renaldo Rodriguez, and Thomas Caron's Response Memorandum in Support of Transfer and Centralization of Related Actions Pursuant to 28 U.S.C. § 1407 (Docket Entry No. 52), for all reasons discussed therein, and support centralization in the District of Nevada (Las Vegas Division).

Dated: June 4, 2024

Respectfully submitted,

*s/ Daniel O. Herrera*

Daniel O. Herrera
**CAFFERTY CLOBES MERIWTHER
    & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, Illinois  60603
(312) 782-4880
dherrera@caffertyclobes.com

*Attorney for Plaintiff Laurie Olsen Santillo*