**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION | MDL No. 3119 |

**PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that true and correct copies of the Interest Party Response to Motion for Transfer and Consolidation were served via CM/ECF on all registered CM/DCF users on June 3, 2024. I further certify that those parties indicated below were served via First-Class mail and/or e-mail on June 3, 2024:

Dated: June 4, 2024

Respectfully submitted,

*s/      Daniel O. Herrera*
Daniel O. Herrera
Cafferty Clobes Meriwether &Sprengel LLP
135 South LaSalle Street, Suite 3210
Chicago, Illinois 60603
312-782-4880
dherrera@caffertyclobes.com

*Attorney for Laurie Olsen Santillo, Plaintiff*

| *Matthew E. Foos, et al. v. Permian Resources Corp., et al., Case No. 1:24-cv-00361-MLG-LF* | |
|---|---|
| *Plaintiffs' Counsel:* | |
| **Via E-Mail** Warren T. Burns Daniel H. Charest<br>**BURNS CHAREST LLP**<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202<br>Telephone.: (469) 904-4550<br>wburns@burnscharest.com<br>dcharest@burnscharest.com<br><br>*Counsel for Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson and Mackey and Sons, Inc.* | **Via E-Mail**<br>Rex A. Sharp<br>Isaac L. Diel<br>W. Greg Wright<br>Brandon C. Landt<br>Hammons P. Hepner<br>**SHARP LAW LLP**<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>Telephone: (913) 901-0505<br>rsharp@midwest-law.com<br>idiel@midwest-law.com<br>gwright@midwest-law.com<br>blandt@midwest-law.com<br>hhepner@midwest-law.com<br><br>*Counsel for Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson and Mackey and Sons, Inc.* |
| **Via E-Mail**<br>Korey Nelson<br>**BURNS CHAREST LLP**<br>365 Canal Street, Suite 1170<br>New Orleans, Louisiana 70130<br>Telephone: (504) 799-7845<br>knelson@burnscharest.com<br><br>*Counsel for Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson and Mackey and Sons, Inc.* | **Via E-Mail**<br>Christopher A. Dodd<br>**DODD LAW OFFICE, LLC**<br>500 Marquette Avenue NW, Suite 1330<br>Albuquerque, New Mexico 87102<br>Tel: (505) 475-2932<br>chris@doddnm.com<br><br>*Counsel for Matthew E. Foos, Andrew A. Hund, Michael B. Ackerman, Jarrod Johnson and Mackey and Sons, Inc.* |

| | |
|---|---|
| ***Daniel Rosenbaum, et al. v. Permian Resources Corp., et al., Case No. 2:24-cv-00103-MMD-MDC*** | |
| *Plaintiffs' Counsel:* | |
| **Via E-Mail**<br>Aaron Joseph Marks<br>**Cohen Milstein Sellers & Toll PLLC**<br>225 Cadman Plaza East<br>Brooklyn, NY 11201<br>718-613-2414<br>Email: amarks@cohenmilstein.com<br><br>*Counsel for Andrew Caplen Installations LLC and Edward Allegretti* | **Via E-Mail** Arielle S. Wagner Brian D. Clark<br>Rebecca A. Peterson<br>Stephen J. Teti<br>**Lockridge Grindal Nauen PLLP**<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>612-596-4055<br>Email: aswagner@locklaw.com<br>bdclark@locklaw.com<br>rapeterson@locklaw.com<br>sjteti@locklaw.com<br><br>*Counsel for These Paws Were Made for Walkin' LLC* |
| **Via E-Mail**<br>Artemus W. Ham , IV<br>Erica Entsminger<br>Robert T. Eglet<br>**Eglet Adams Eglet Ham Henriod**<br>400 S. 7th Street, Suite 400<br>Las Vegas, NV 89101<br>702-450-5400<br>Email:   aham@egletlaw.com<br>eentsminger@egletlaw.com<br>reglet@egletlaw.com<br><br>*Counsel for Andrew Caplen Installations LLC, Edward Allegretti, and Western Cab Company* | **Via E-Mail**<br>Martin Muckleroy<br>6077 S Fort Apache Rd, Suite 140<br>Las Vegas, NV 89148<br>702-909-0097<br>Fax: 702-938-4065<br>Email: martin@muckleroylunt.com<br><br>*Counsel for These Paws Were Made for Walkin' LLC* |
| **Via E-Mail**<br>Benjamin Brown<br>Brent W. Johnson<br>Nina Jaffe-Geffner<br>Robert W. Cobbs<br>**Cohen Milstein Sellers & Toll PLLC**<br>1100 New York Avenue NW, 5th Floor<br>Washington, DC 20005<br>bjohnson@cohenmilstein.com<br>njaffegeffner@cohenmilstein.com<br>rcobbs@cohenmilstein.com | |

| | |
|---|---|
| *Counsel for Andrew Caplen Installations LLC and Edward Allegretti* | |
| **Via E-Mail**<br>Christopher Bateman<br>Michael Eisenkraf<br>**Cohen Milstein Sellers & Toll PLLC**<br>88 Pine Street<br>New York, NY 10005<br>212-838-7797<br>Email: cbateman@cohenmilstein.com<br><br>*Counsel for Andrew Caplen Installations LLC, Edward Allegretti, and Western Cab Company* | **Via E-Mail**<br>Robert M. Adams<br>**Eglet Adams Eglet Ham Henriod**<br>400 S. 7th Street, Suite 400<br>Las Vegas, NV 89101<br>702-450-5400<br>Email: radams@egletlaw.com<br><br>*Counsel for Western Cab Company* |
| **Via E-Mail** Carmen Medici Daniel J. Brockwell Fatima Brizuela Patrick Coughlin<br>**Scott&Scott Attorneys at Law LLP**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>619-233-4565<br>Fax: 619-233-0508<br>Email: cmedici@scott-scott.com<br>dbrockwell@scott-scott.com<br>fbrizuela@scott-scott.com<br>pcoughlin@scott-scott.com<br><br>*Counsel for Daniel Rosenbaum and Reneldo Rodriguez* | **Via E-Mail**<br>Christopher A Turtzo<br>**Morris, Sullivan, Lemkul & Pitegoff**<br>3960 Howard Hughes Parkway, Suite 420<br>Las Vegas, NV 89169<br>702-405-8100<br>Fax: 702-405-8101<br>Email: turtzo@morrissullivanlaw.com<br><br>*Counsel for Daniel Rosenbaum, Reneldo Rodriguez, and Barbara MacDowell* |
| **Via E-Mail** Isabella De Lisi Michael Srodoski Patrick J. McGahan Zachary Kranc<br>**Scott&Scott Attorneys at Law LLP**<br>156 S Main St., PO Box 192<br>Colchester, CT 06415<br>860-537-5537<br>idelisi@scott-scott.com<br>msrodoski@scott-scott.com<br>pmcgahan@scott-scott.com | **Via E-Mail**<br>Patrick James Rodriguez **Scott&Scott Attorneys at Law LLP** The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>212-233-6444<br>prodriguez@scott-scott.com<br><br>*Counsel for Daniel Rosenbaum and Reneldo Rodriguez* |

| | |
|---|---|
| *Counsel for Daniel Rosenbaum and Reneldo Rodriguez* | |
| **Via E-Mail**<br>Douglas A. Millen<br>**Freed Kanner London & Millen LLC**<br>100 Tri-State International, Suite 128<br>Lincolnshire, IL 60069<br>224-632-4500<br>Fax: 224-632-4521<br>dmillen@fklmlaw.com<br><br>*Counsel for Brian Courtmanche, Laura J. Faber, Patricia Mancieri, David Silver, and Josselyn's Getaway Log Cabins, LLC* | **Via E-Mail**<br>Robert F. Purdy<br>**Law Office of Andrew M. Leavitt**<br>633 South 7th St<br>Las Vegas, NV 89101<br>702-382-2800<br>Fax: 702-382-7438<br>robert.purdy@andrewleavittlaw.com<br><br>*Counsel for Brian Courtmanche, Laura J. Faber, Patricia Mancieri, David Silver, Josselyn's Getaway Log Cabins, LLC, Lauire Olsen Santillo, and Richard Beaumont* |
| **Via E-Mail**<br>Matthew W. Ruan<br>**Freed Kanner London & Millen LLC**<br>100 Tri-State International, Suite 128<br>Lincolnshire, IL 60069<br>224-632-4500<br>Fax: 224-632-4521<br>mruan@fklmlaw.com<br><br>*Counsel for Brian Courtmanche, Richard MacDowell, Laura J. Faber, Patricia Mancieri, David Silver, Josselyn's Getaway Log Cabins, LLC, Lauire Olsen Santillo, Richard Beaumont, and Barbara MacDowell* | **Via E-Mail** Matthew T Dushoff William A. Gonzales<br>**Saltzman Mugan Dushoff**<br>1835 Village Center Circle<br>Las Vegas, NV 89134<br>702-405-8500<br>Fax: 702-405-8501<br>Email: mdushoff@nvbusinesslaw.com<br>wgonzales@nvbusinesslaw.com<br><br>*Counsel for Barbara MacDowell and Phillip MacDowell* |
| **Via E-Mail** Jennifer A. Fornetti Mark J. Bourassa Valerie Christian<br>**The Bourassa Law Group**<br>2350 W. Charleston Blvd., Suite 100<br>Las Vegas, NV 89102<br>702-851-2180<br>E-mail: jfornetti@blgwins.com<br>mbourassa@blgwins.com<br>vchristian@blgwins.com | **Via E-Mail**<br>Matthew Sinclair Weiler<br>Raymond S. Levine Tom M. Schneider<br>**Schneider Wallace Cottrell Konecky LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94612<br>510-740-2930<br>E-mail: mweiler@schneiderwallace.com<br>rlevine@schneiderwallace.com<br>tschneider@schneiderwallace.com |

| | |
|---|---|
| *Counsel for John Mellor* | *Counsel for John Mellor* |
| **Via E-Mail**<br>Stuart George Gross<br>Travis Smith<br>**Gross Klein PC**<br>The Embaracadero<br>Pier 9, Suite 100<br>San Francisco, CA 94111<br>415-671-4628<br>E-mail: sgross@grosskleinlaw.com<br>tsmith@grosskleinlaw.com<br><br>*Counsel for John Mellor* | **Via E-Mail**<br>Bobby Pouya Daniel<br>K. Warshaw<br>**Pearson Warshaw, LLP** 15165<br>Ventura Blvd., Suite 400<br>Sherman Oaks, CA 91403<br>818-788-8300<br>E-mail: bpouya@pwfirm.com<br>dwarshaw@pwfirm.com<br><br>*Counsel for Richard Beaumont* |
| **Via E-Mail** Diana<br>J. Zinser Jeffrey L.<br>Spector<br>William G. Caldes<br>**Spector Roseman & Kodroff, P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>215-496-6611<br>E-mail: dzinser@srkaattorneys.com<br>jspector@srkattroneys.com<br>bcaldes@srkattorneys.com<br><br>*Counsel for Barbara MacDowell and Phillip MacDowell* | **Via E-Mail**<br>Garrett D. Blanchfield, Jr<br>Roberta A. Yard<br>**Reinhardt Wendorf & Blanchfield**<br>80 South 8th Street<br>Suite 900<br>Minneapolis, MN 55402<br>651-287-2100<br>E-mail: g.blanchfield@rwblawfirm.com<br>r.yard@rwblawfirm.com<br><br>*Counsel for Barbara MacDowell and Phillip MacDowell* |

| *Patrick Brown, et al. v. Permian Resources Corp., et al.*, Case No. 1:24-cv-00430-LF-KK | |
|---|---|
| *Plaintiffs' Counsel:* | |
| **Via E-Mail**<br>Carl Malmstrom<br>**Wolf Haldenstein Adler Freeman & Herz LLP**<br>111 W. Jackson Blvd., Suite 1700<br>Chicago, IL 60604<br>312-984-0000<br>Fax: 212-686-0114<br>Email: malmstrom@whafh.com<br><br>*Counsel for Patrick Brown, Abraham Drucker, Christopher Gallant, and Steven Price* | |
| *Defendants Counsel:* | |
| **Via E-Mail** Craig P. Seebald **Vinson & Elkins**<br>2200 Pennsylvania Avenue NW, Suite 500 West<br>Washington, DC 20037<br>202-639-6585<br>Email: cseebald@velaw.com<br><br>*Counsel for Permian Resources Corp.* | **Via E-Mail**<br>Lawrence E. Buterman<br>**Latham & Watkins LLP**<br>555 Eleventh St, NW, Ste 1000<br>Washington, DC 20004<br>202-637-2200<br>Fax: 202-637-2201<br>Email: lawrence.buterman@lw.com<br><br>*Counsel for Chesapeake Energy Corporation* |
| **Via E-Mail** Dylan I. Ballard **Vinson & Elkins**<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>415-979-6955<br>Email: dballard@velaw.com<br><br>*Counsel for Permian Resources Corp.* | **Via E-Mail**<br>Marguerite Sullivan<br>**Latham & Watkins**<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Fax: 202-637-2201<br>Email: marguerite.sullivan@lw.com<br><br>*Counsel for Chesapeake Energy Corporation* |

| | |
|---|---|
| **Via E-Mail**<br>Kristen T. Gallagher<br>**McDonald Carano Wilson LLP**<br>2300 W Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>(702) 873-4100<br>Email: kgallagher@mcdonaldcarano.com<br><br>*Counsel for Permian Resources Corp.* | **Via E-Mail**<br>J Colby Williams<br>**Campbell & Williams**<br>710 South Seventh Street, Ste. A<br>Las Vegas, NV 89101<br>702-382-5222<br>Fax: 702-382-0540<br>Email: jcw@cwlawlv.com<br><br>*Counsel for Chesapeake Energy Corporation* |
| **Via E-Mail**<br>Michael W. Scarborough<br>**Vinson & Elkins LLP**<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>415-979-6935<br>Email: mscarborough@velaw.com<br><br>*Counsel for Permian Resources Corp.* | **Via E-Mail** Christopher<br>E. Ondeck **Proskauer**<br>**Rose LLP**<br>1001 Pennsylvania Ave, N.W., Suite 600 South<br>Washington, DC 20004<br>202-416-5865<br>Email: condeck@proskauer.com<br><br>*Counsel for Continental Resources Inc.* |
| **Via E-Mail**<br>Stephen M. Medlock<br>**Vinson & Elkins LLP**<br>2200 Pennsylvania Ave., NW, Suite 500 West<br>Washington, DC 20037<br>202-639-6578<br>Email: smedlock@velaw.com<br><br>*Counsel for Permian Resources Corp.* | **Via E-Mail**<br>Kyle A. Casazza<br>**Proskauer Rose LLP**<br>2029 Century Park East<br>Los Angeles, CA 90067<br>310-284-5677<br>Email: condeck@proskauer.com<br><br>*Counsel for Continental Resources Inc.* |
| **Via E-Mail**<br>Jeffrey J. Amato **Winston**<br>**& Strawn LLP** 200 Park Avenue<br>New York, NY 10166<br>212-294-4685<br>Fax: 212-294-4700<br>Email: jamato@winston.com<br><br>*Counsel for Diamondback Energy, Inc.* | **Via E-Mail**<br>Michael Burrage<br>**Whitten Burrage**<br>512 N. Broadway, Suite 300<br>Oklahoma City, OK 73102<br>405-516-7800<br>Fax: 405-516-7859<br>Email: mburrage@whittenburragelaw.com<br><br>*Counsel for Continental Resources Inc.* |

| | |
|---|---|
| **Via E-Mail**<br>Jeffrey L Kessler **Winston & Strawn LLP** 200 Park Avenue<br>New York, NY 10166<br>212-294-4698<br>Email: jkessler@winston.com<br><br>*Counsel for Diamondback Energy, Inc.* | **Via E-Mail**<br>Stephen R. Chuk<br>**Proskauer Rose LLP**<br>1001 Pennsylvania Ave, N.W., Suite 600 South<br>Washington, DC 20004<br>202-416-6697<br>Email: schuk@proskauer.com<br><br>*Counsel for Continental Resources Inc.* |
| **Via E-Mail**<br>Thomas M. Melsheimer<br>**Winston & Strawn**<br>2121 N. Pearl Street, 9th Floor<br>Dallas, TX 75201<br>214-453-6401<br>Email: tmelsheimer@winston.com<br><br>*Counsel for Diamondback Energy, Inc.* | **Via E-Mail**<br>Robert J Cassity<br>**Holland & Hart LLP**<br>9555 Hillwood Dr Fl 2<br>Las Vegas, NV 89134<br>702-669-4600<br>Fax: 702-669-4650<br>Email: bcassity@hollandhart.com<br><br>*Counsel for Continental Resources Inc.* |
| **Via E-Mail**<br>Thomas B Walsh, IV<br>**Winston & Strawn**<br>2121 N. Pearl Street, Suite 900<br>Dallas, TX 75201<br>214-453-6500<br>Fax: 214-453-6400<br>Email: TWalsh@winston.com<br><br>*Counsel for Diamondback Energy, Inc.* | **Via E-Mail**<br>Christopher P. Wilson<br>**Baker Botts LLP** 700 K Street NW<br>Washington, DC 20001<br>202-639-7739<br>Email: christopher.wilson@bakerbotts.com<br><br>*Counsel for EOG Resources, Inc.* |
| **Via E-Mail**<br>Leif Reid<br>**Lewis Roca Rothgerber LLP** One East Liberty Street, Suite 300 Reno, NV 89501<br>775-321-3415<br>Fax: 775-823-2929<br>Email: lreid@lewisroca.com<br><br>*Counsel for Diamondback Energy, Inc.* | **Via E-Mail**<br>John M. Taladay<br>**Baker Botts LLP**<br>700 K Street NW<br>Washington, DC 20001<br>202-639-7909Email:<br>Email: john.taladay@bakerbotts.com<br><br>*Counsel for EOG Resources, Inc.* |

| | |
|---|---|
| **Via E-Mail**<br>Kristen L. Martini<br>**Lewis Roca Rothgerber Christie LLP**<br>One E. Liberty Street, Suite 300<br>Reno, NV 89501<br>775-823-2900<br>Fax: 775-823-2929<br>Email: kmartini@lewisroca.com<br><br>*Counsel for Diamondback Energy, Inc.* | **Via Mail**<br>Kelsey Ann Paine<br>**Baker Botts LLP**<br>700 K Street, NW<br>Washington, DC 20001<br>202-639-7738<br><br>*Counsel for EOG Resources, Inc.* |
| **Via E-Mail**<br>Benjamin W Allison<br>**Bardacke Allison Miller LLP** 141<br>E. Palace Avenue, 2nd Floor Santa<br>Fe, NM 87501<br>505-995-8000<br>Fax: 505-672-7037<br>Email: ben@bardackeallison.com<br><br>*Counsel for Diamondback Energy, Inc.* | **Via E-Mail**<br>Thomas C. Bird<br>**Jennings Haug Keleher McLeod**<br>P.O. Box AA<br>Albuquerque, NM 87103<br>505-346-9123<br>Fax: 505-346-1370<br>Email: tcb@jhkmlaw.com<br><br>*Counsel for EOG Resources, Inc.* |
| **Via E-Mail**<br>Billy Trabaudo<br>**Bardacke Allison LLP**<br>141 E Palace Ave<br>1 University of New Mexico<br>Ste Second Floor<br>Santa Fe, NM 87501<br>505-995-8000<br>Email: billy@bardackeallison.com<br><br>*Counsel for Diamondback Energy, Inc.* | **Via E-Mail**<br>Benjamin F Feuchter<br>**Jennings Haug Keleher McLeod LLP**<br>P.O. Box AA<br>Albuquerque, NM 87103<br>505-346-4646<br>Email: bf@jhkmlaw.com<br><br>*Counsel for EOG Resources, Inc.* |
| **Via E-Mail**<br>Benjamin E Thomas<br>**Rodey, Dickason, Sloan, Akin & Robb P.A.**<br>201 3rd St. NW<br>Ste. 2200<br>Albuquerque, NM 87102<br>505-766-7535<br>Email: bthomas@rodey.com<br><br>*Counsel for Hess Corporation* | **Via Mail**<br>Megan Elizabeth Tankel<br>**Baker Botts L.L.P** 700<br>K Street, NW<br>Washington, DC 20001<br>202-639-1107<br><br>*Counsel for EOG Resources, Inc.* |

| | |
|---|---|
| **Via E-Mail**<br>David Alexander Papirnik<br>51 W 52nd Street<br>New York, NY 10019<br>347-604-7963<br>Email: dapapirnik@wlrk.com<br><br>*Counsel for Hess Corporation* | **Via E-Mail**<br>Debra Spinelli<br>**Pisanelli Bice PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>702-214-2100<br>Email: DLS@pisanellibice.com<br><br>*Counsel for EOG Resources, Inc.* |
| **Via E-Mail**<br>Kevin S. Schwartz<br>**Wachtell, Lipton, Rosen & Katz**<br>51 West 52nd Street<br>New York, NY 10019<br>212-403-1062<br>Email: kschwartz@wlrk.com<br><br>*Counsel for Hess Corporation* | **Via E-Mail**<br>James J. Pisanelli<br>**Pisanelli Bice PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>702-214-2100<br>Fax: 702-214-2101<br>Email: lit@pisanellibice.com<br><br>*Counsel for EOG Resources, Inc.* |
| **Via E-Mail**<br>Nicholas J Santoro<br>**Holley Driggs**<br>300 South 4th Street, Ste 1600<br>Las Vegas, NV 89101<br>702-791-0308<br>Fax: 702-791-1912<br>Email: nsantoro@nevadafirm.com<br><br>*Counsel for Hess Corporation* | **Via Mail**<br>Akhil Kumar Gola<br>**Kirkland & Ellis LLP**<br>1301 Pennsylvania Avenue NW<br>Washington, DC 20004<br>202-879-5000<br><br>*Counsel for Occidental Petroleum Corporation* |
| **Via E-Mail**<br>Margarita Elias<br>**Holley Driggs**<br>300 South 4th Street, Ste 1600<br>Las Vegas, NV 89101<br>702-791-0308<br>Fax: 702-791-1912<br>Email: melias@nevadafirm.com<br><br>*Counsel for Hess Corporation* | **Via E-Mail**<br>Devora Allon **Kirkland**<br>**& Ellis LLP** 601<br>Lexington Avenue New<br>York, NY 10022 212-<br>446-5967<br>Email: devora.allon@kirkland.com<br><br>*Counsel for Occidental Petroleum Corporation* |

| | |
|---|---|
| **Via E-Mail**<br>Boris Bershteyn<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3834<br>Email: boris.bershteyn@skadden.com<br><br>*Counsel for Pioneer Natural Resources Company* | **Via E-Mail**<br>Jeffrey J. Zeiger<br>**Kirkland & Ellis LLP**<br>300 North LaSalle<br>Chicago, IL 60654<br>312-862-3237<br>Email: jzeiger@kirkland.com<br><br>*Counsel for Occidental Petroleum Corporation* |
| **Via Mail**<br>Jay P. Srinivasan<br>**Gibson, Dunn & Crutcher LLP**<br>333 South Grand Ave<br>Los Angeles, CA 90017-3197<br><br>*Counsel for Pioneer Natural Resources Company* | **Via E-Mail**<br>Bradley T Austin<br>**Snell & Wilmer LLP**<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>702-784-5200<br>Fax: 702-784-5252<br>Email: baustin@swlaw.com<br><br>*Counsel for Occidental Petroleum Corporation* |
| **Via E-Mail**<br>Karen Hoffman Lent<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>Email: karen.lent@skadden.com<br><br>*Counsel for Pioneer Natural Resources Company* | **Via E-Mail**<br>Earl E. DeBrine , Jr.<br>**Modrall, Sperling, Roehl, Harris & Sisk, PA**<br>P.O. Box 2168<br>Albuquerque, NM 87103-2168<br>505-848-1800<br>Fax: 505-848-1891<br>Email: edebrine@modrall.com<br><br>*Counsel for Occidental Petroleum Corporation* |

| | |
|---|---|
| **Via E-Mail**<br>Samuel Grant Liversidge **Gibson**<br>**Dunn & Crutcher LLP** 333<br>South Grand Avenue<br>Los Angeles, CA 90071<br>213-229-7420<br>Fax: 213-229-6420<br>Email: sliversidge@gibsondunn.com<br><br>*Counsel for Pioneer Natural Resources Company* | **Via E-Mail**<br>F. Thomas Edwards<br>**Holley Driggs**<br>300 S 4th, Suite 1600<br>Las Vegas, NV 89101<br>702-792-0308 Fax: 702-791-1912<br>Email: tedwards@nevadafirm.com<br><br>*Counsel for Hess Corporation* |
| **Via E-Mail**<br>W. West Allen<br>**Howard & Howard Attorneys PLLC** 3800<br>Howard Hughes Parkway, Suite 1000 Las Vegas, NV 89169<br>702-667-4843<br>Fax: 702-567-1568<br>Email: wwa@h2law.com<br><br>*Counsel for Pioneer Natural Resources Company* | **Via E-Mail**<br>Stephen C. Whittaker<br>**Gibson, Dunn & Crutcher LLP**<br>3161 Michelson Dr., Ste. 1200<br>Irvine, CA 92612<br>949-451-4337<br>Fax: 949-475-4647<br>Email: cwhittaker@gibsondunn.com<br><br>*Counsel for Pioneer Natural Resources Company* |
| **Via E-Mail**<br>Boris Bershteyn<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3834<br>Email: boris.bershteyn@skadden.com<br><br>*Counsel for Pioneer Natural Resources Company* | **Via E-Mail**<br>Eric R. Burris<br>**Brownstein Hyatt Farber Schreck**<br>201 Third St NW, Suite 1700<br>Albuquerque, NM 87102<br>(505) 244-0770<br>Fax: (505) 244-9266<br>Email: eburris@bhfs.com<br><br>*Counsel for Pioneer Natural Resources Company* |
| **Via E-Mail**<br>Michael H. Menitove<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>Email: michael.menitove@skadden.com | **Via E-Mail**<br>Zachary Charles David Siegler<br>**Skadden, Arps. Slate, Meagher & Flom LLP**<br>One Manhattan West<br>New York, NY 10001<br>212-735-3276<br>Email: Zachary.siegler@skadden.com |

| | |
|---|---|
| *Counsel for Pioneer Natural Resources Company* | *Counsel for Pioneer Natural Resources Company* |