**BEFORE THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: Shale Oil Antitrust Litigation** | **MDL No. 3119** |

**NOTICE OF RELATED ACTION**

In accordance with Rule 6.2(d) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation (the "Panel"), notice is hereby issued to the Clerk of the Panel that on June 12, 2024, the following related action was filed in the United States District Court for the Southern District of New York:

- *Short v. Permian Resources Corp. f/k/a Centennial Resource Development, Inc.; Chesapeake Energy Corporation; Continental Resources Inc.; Diamondback Energy, Inc.; EOG Resources, Inc.; Hess Corporation; Occidental Petroleum Corporation; And Pioneer Natural Resources Company*, Case No. 1:24-cv-04506-MMG

A copy of the complaint and docket sheet as of this date are attached hereto.

Dated: June 20, 2024                                    Respectfully submitted,

By: */s/ Michael J. Flannery*
Michael J. Flannery
CUNEO GILBERT & LaDUCA, LLP
Two City Place Drive
Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
Fax: (202) 789-1813
mflannery@cuneolaw.com

*Counsel for Plaintiff Melvin Short*