**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: SHALE OIL ANTITRUST

MDL No. 3119

<u>**Amended Schedule of Related Actions**</u>

| Case Caption | Case Number | Jurisdiction | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Matthew E. Foos<br>Andrew A. Hund<br>Michael B. Ackerman<br>Jarrod Johnson<br>Mackey and Sons Inc.<br>v.<br>**Defendants:**<br>Permian Resources Corp. *formerly known as*<br>Centennial Resource Development, Inc<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Pioneer Natural Resources Company | 1:24-cv-00361-MLG-LF | District of New Mexico | Judge Matthew L. Garcia |

| | | | |
|---|---|---|---|
| **Plaintiffs:**<br>Patrick Brown<br>Abraham Drucker<br>Christopher Gallant<br>Steven Price *individually, and on Behalf of All Others Similarly Situated*<br>v.<br>**Defendants:**<br>Permian Resources Corp. *formerly known as* Centennial Resource Development, Inc<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Exxon Mobil Corporation *formerly known as* Pioneer Natural Resources Company | 1:24-cv-00430-KK | District of New Mexico | Magistrate Judge Laura Fashing |
| **Plaintiffs:**<br>Castillo Construction and Management, LLC<br>John Castillo<br>Southwest Elite Real Estate Inc.<br>v.<br>**Defendants:**<br>Permian Resources Corp. *formerly known as* Centennial Resource Development, Inc.<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Pioneer Natural Resources Company | 1:24-cv-00563-MLG-JMR | District of New Mexico | Judge Matthew L. Garcia |

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>David Guy Overstreet *on behalf of himself and all others similarly situated*<br>v.<br>**Defendants:**<br>Permian Resources Corp. *agent of* F/K/A Centennial Resource Development, Inc.<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Pioneer Natural Resources Company | 1:24-cv-00583-MIS-SCY | District of New Mexico | Judge Margaret I. Strickland |
| **Plaintiff:**<br>Michael Blackburn Strupp<br>Premium Solutions, Inc.<br>James Kinkead<br>John Smith<br>Best Expedite, Inc. *individually and on behalf of all others similarly situated*<br>v.<br>**Defendants:**<br>Permian Resources Corp. *formerly known as* Centennial Resource Development, Inc.<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Exxon Mobil Corporation<br>*agent of* Pioneer Natural Resources Company | 1:24-cv-00605-JFR-SCY | District of New Mexico | Magistrate Judge John F. Robbenhaar |

| | 1:24-cv-04506-MMG | Southern District of New York | Judge Margaret M. Garnett |
|---|---|---|---|
| **Plaintiff:**<br>Melvin Short *on behalf of himself and all others similarly situate*d<br>v.<br>**Defendants:**<br>Permian Resources Corp. *formerly known as* Centennial Resource Development, Inc.<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Pioneer Natural Resources Company | | | |

| | | | |
|---|---|---|---|
| **Plaintiffs:**<br>Daniel Rosenbaum<br>Reneldo Rodriguez<br>Thomas Caron<br>v.<br>**Defendants:**<br>Permian Resources Corp. *formerly known as*<br>Centennial Resource Development, Inc<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Pioneer Natural Resources Company<br><br>**Consolidated Plaintiffs:**<br>Andrew Caplen Installations LLC<br>These Paws Were Made for Walkin' LLC<br>Edward Allegretti<br>Western Cab Company *2:24-cv-00401-GMN-MDC*<br>Barbara MacDowell *from 2:24-cv-325*<br>Richard MacDowell<br>Laurie Olsen Santillo<br>Laurie Olsen Santillo *from 2:24-cv-279*<br>Richard Beaumont *from 2:24-cv-298*<br>Brian Courtmanche *from 2:24-cv-198*<br>Laura J Faber *from 2:24-cv-198*<br>Patricia Mancieri *from 2:24-cv-198*<br>David Silver *from 2:24-cv-198*<br>Josselyn's Getaway Log Cabins, LLC *from 2:24-cv-198* | 2:24-cv-00103-MMD-MDC | District of Nevada | Chief Judge Miranda M. Du |

| | | | |
|---|---|---|---|
| Phillip MacDowell *from 2:24-cv-325*<br>John Mellor *from 2:24-cv-253*<br><br>**Interested Parties:**<br>Brian Courtmanche<br>Laura J. Faber<br>Patricia Manieri<br>David Silver<br>Josselyn's Getaway Log Cabins, LLC | | | |
| **Plaintiff:**<br>John Mellor<br>v.<br>**Defendants:**<br>Permian Resources Corp. *formerly known as*<br>Centennial Resource Development, Inc<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Pioneer Natural Resources Company<br><br>**Interested Parties:**<br>Daniel Rosenbaum<br>Reneldo Rodriguez<br>Thomas Caron<br>Brian Courtmanche<br>Laura J. Faber<br>Patricia Mancieri<br>David Silver<br>Josselyn's Getaway Log Cabins, LLC | 2:24-cv-00253-MMD-MDC | District of Nevada | Chief Judge Miranda M. Du |

| | | | |
|---|---|---|---|
| **Plaintiffs:**<br>Brian Courtmanche<br>Laura J. Faber<br>Patricia Mancieri<br>David Silver<br>Josselyn's Getaway Log Cabins, LLC<br>v.<br>**Defendants:**<br>Permian Resources Corp. *formerly known as*<br>Centennial Resource Development, Inc<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Pioneer Natural Resources Company<br><br>**Consolidated Plaintiffs:**<br>Phillip MacDowell *2:24-cv-00325*<br>Barbara MacDowell *2:24-cv-00325*<br>Laurie Olsen Santillo *2:24-cv-00279*<br>Richard Beaumont *2:24-cv-0298*<br><br>**Interested Parties:**<br>Daniel Rosenbaum<br>Reneldo Rodriguez<br>Thomas Caron | 2:24-cv-00198-MMD-MDC | District of Nevada | Chief Judge Miranda M. Du |

| Plaintiffs:<br>Barbara MacDowell<br>Phillip MacDowell<br>v.<br>**Defendants:**<br>Permian Resources Corp. *formerly known as*<br>Centennial Resource Development, Inc.<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Pioneer Natural Resources Company | 2:24-cv-00325-MMD-MDC | District of Nevada | Chief Judge Miranda M. Du |

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>Andrew Caplen Installations LLC<br>Edward Allegretti, *d/b/a* Alfred Auto Center<br>v.<br>**Defendants:**<br>Permian Resources Corp. *formerly known as*<br>Centennial Resource Development, Inc<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Pioneer Natural Resources Company<br><br>**Interested Parties:**<br>Daniel Rosenbaum<br>Reneldo Rodriguez<br>Thomas Caron<br>Brian Courtmanche<br>Laura J Faber<br>Patricia Mancieri<br>David Silver<br>Josselyn's Getaway Log Cabins, LLC | 2:24-cv-00150-GMN-MDC | District of Nevada | Judge Gloria M. Navarro |

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>These Paws Were Made for Walkin' LLC<br>v.<br>**Defendants:**<br>Permian Resources Corp. *formerly known as*<br>Centennial Resource Development, Inc.<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Pioneer Natural Resources Company<br><br>**Interested Parties:**<br>Daniel Rosenbaum<br>Reneldo Rodriguez<br>Thomas Caron<br>Brian Courtmanche<br>Laura J Faber<br>Patricia Mancieri<br>David Silver<br>Josselyn's Getaway Log Cabins, LLC | 2:24-cv-00164-GMN-MDC | District of Nevada | Judge Gloria M. Navarro |

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>Western Cab Company<br>v.<br>**Defendants:**<br>Permian Resources Corp. *formerly known as*<br>Centennial Resource Development, Inc.<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Pioneer Natural Resources Company<br><br>**Interested Parties:**<br>Daniel Rosenbaum<br>Reneldo Rodriguez<br>Thomas Caron | 2:24-cv-00401-GMN-MDC | District of Nevada | Judge Gloria M. Navarro |

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>Laurie Olsen Santillo<br>v.<br>**Defendants:**<br>Permian Resources Corp. *formerly known as* Centennial Resource Development, Inc.<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Pioneer Natural Resources Company *formerly known as* Centennial Resource Development, Inc<br><br>**Interested Parties:**<br>Brian Courtmanche<br>Laura J. Faber<br>Patricia Mancieri<br>David Silver<br>Josselyn's Getaway Log Cabins, LLC<br>Daniel Rosenbaum<br>Reneldo Rodriguez<br>Thomas Caron | 2:24-cv-00279-MMD-MDC | District of Nevada | Chief Judge Miranda M. Du |

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>Richard Beaumont<br>v.<br>**Defendants:**<br>Permian Resources Corp. *formerly known as* Centennial Resource Development, Inc.<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Pioneer Natural Resources Company<br><br>**Interested Parties:**<br>Reneldo Rodriguez<br>Daniel Rosenbaum<br>Thomas Caron | 2:24-cv-00298-MMD-MDC | District of Nevada | Chief Judge Miranda M. Du |
| **Plaintiff:**<br>Robert Carignan<br>v.<br>**Defendants:**<br>Permian Resources Corp. *formerly known as* Centennial Resource Development Inc.<br>Chesapeake Energy Corporation<br>Continental Resources Inc.<br>Diamondback Energy, Inc.<br>EOG Resources, Inc.<br>Hess Corporation<br>Occidental Petroleum Corporation<br>Pioneer Natural Resources Company | 2:24-cv-00218-LEW | District of Maine | Judge Lance E. Walker |