**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: SHALE OIL ANTITRUST LITIGATION                        MDL No. 3119

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On August 1, 2024, the Panel transferred 3 civil action(s) to the United States District Court for the District of New Mexico for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2024). Since that time, no additional action(s) have been transferred to the District of New Mexico. With the consent of that court, all such actions have been assigned to the Honorable Matthew L. Garcia.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Mexico and assigned to Judge Garcia.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Mexico for the reasons stated in the order of August 1, 2024, and, with the consent of that court, assigned to the Honorable Matthew L. Garcia.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Mexico. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 12, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Marcella R. Lockert
Acting Clerk of the Panel

IN RE: SHALE OIL ANTITRUST LITIGATION                     MDL No. 3119

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| MAINE | | | |
| ME | 2 | 24−00218 | CARIGNAN v. PERMIAN RESOURCES CORP et al |
| NEVADA | | | |
| NV | 2 | 24−00150 | Andrew Caplen Installations LLC et al v. Permian Resources Corp. et al |
| NV | 2 | 24−00164 | These Paws Were Made for Walkin' LLC v. Permian Resources Corp. et al |
| NV | 2 | 24−00198 | Courtmanche et al v Permian Resources Corp. et al |
| NV | 2 | 24−00279 | Olsen Santillo v. Permian Resources Corp. et al |
| NV | 2 | 24−00298 | Beaumont v. Permian Resources Corp. et al |
| NV | 2 | 24−00401 | Western Cab Company v. Permian Resources Corp. et al |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 24−04506 | Short v. Permian Resources Corp. et al |